UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GLORIA BROWN,

Plaintiff, MAGISTRATE JUDGE Bowler

v.                                   Civil Action No.: _____

YUM! BRANDS, INC. AND LOJON
PROPERTY II, LLC

Defendant.

## NOTICE OF REMOVAL

Defendant, YUM! BRANDS, INC., (hereinafter "YUM") by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal on the following grounds:

1. Plaintiff commenced this civil action by filing a Summons and Complaint in the Suffolk County Superior Court in Boston, Massachusetts on or about May 19, 2005.

2. A copy of the Summons and Complaint was served on YUM's Registered Agent on May 24, 2005. A copy of the Summons and Complaint is attached.

3. There have been no further proceedings in this action.

4. The amount in controversy in this action, exclusive of interest and costs, exceeds $75,000.00. Plaintiff has demanded settlement in the amount of $508,200.00. Specifically, plaintiff alleges that she was a lawful business invitee on defendant's premises located at 625 American Legion Highway, Boston (Roslindale), Massachusetts, wherein she claims she was caused to slip and fall. Plaintiff claims she was severely injured and incurred expenses for medical and hospital care and attendance.

5. The Plaintiff is and was at the time that this action was filed a citizen of the Commonwealth of Massachusetts.

6. YUM is, and was at the time this action was filed, a corporation incorporated in the State of North Carolina, with its principal place of business in Kentucky. YUM was not, and is not now, a citizen of the State of Massachusetts. Co-defendant, Lojon Property II, LLC, on information and belief, is and was at the time this action was filed, a limited liability corporation incorporated in the State of New York with its principal place of business in New York City, New York. Lojon Property II, LLC was not, and is not now, a citizen of the State of Massachusetts.

7. This action involves a controversy wholly between citizens of different states. There is complete diversity of citizenship.

8. This Court has original jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a), and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

9. YUM desires to remove this action to this Court.

10. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by YUM of Plaintiff's Summons and Complaint through service.

WHEREFORE, the Defendant, YUM, by counsel, respectfully requests that this action be removed from the Suffolk County Superior Court in Boston, Massachusetts, to this Court.

TRIAL BY JURY IS DEMANDED.

                THE DEFENDANT,
                YUM! BRANDS, INC.
                By Its Attorney,

                */s/ Bruce G. Tucker*
                Bruce G. Tucker, Esq.
                BBO# 553668
                Legal Management Services LLC
                55 Hammarlund Way
                Middletown, RI 02842
                (401) 843-8400

Dated: June 3, 2005

## CERTIFICATE OF SERVICE

I, Bruce G. Tucker, Esquire, hereby certify that on the 3rd day of June 2005, I caused to be served the foregoing document by first class mail, postage prepaid to all counsel of record.

                */s/ Bruce G. Tucker*
                Bruce G. Tucker, Esq.

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
05/25/2005
Log Number 510243199

TO: Matthew Preston
Yum! Brands, Inc.
1441 Gardiner Lane
Louisville, KY, 40213-

RE: **Process Served in Massachusetts**

FOR: Yum! Brands, Inc. (Domestic State: NC)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Gloria Brown, Pltf. vs. Yum! Brands Inc., Dft. |
| DOCUMENT(S) SERVED: | Summons, Complaint with Jury Trial Demand |
| COURT/AGENCY: | Suffolk Superior Court, MA<br>Case # 05-1963E |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - Negligence resulting in personal injury. |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Boston, MA |
| DATE AND HOUR OF SERVICE: | By Process Server on 05/24/2005 at 15:00 |
| APPEARANCE OR ANSWER DUE: | Within 20 Days |
| ATTORNEY(S) / SENDER(S): | John N. Lewis<br>John N. Lewis & Associates<br>21 Merchants Row<br>5th Floor<br>Boston, MA, 02109<br>617-523-0777 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex Standard Overnight, 790524219539 |
| SIGNED: | C T Corporation System |
| PER: | Dahriena Mitchell |
| ADDRESS: | 101 Federal Street<br>Boston, MA, 02110 |
| TELEPHONE: | 617-757-6400 |

X 721602

June 21, 2002

625 American Legion Hwy.
Roslindale, MA 02131

0120000 17291 GB 01

**RECEIVED**

MAY 26 2005

**LAW DEPT.
R.S. TOOP**

Page 1 of 1 / DM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 05-1983E

GLORIA BROWN
_____, Plaintiff(s)

v.

Yum! Brands, Inc. & LOJON Property II LLC, Defendant(s)

## SUMMONS

To the above-named Defendant: Yum! Brands, Inc.

You are hereby summoned and required to serve upon John N. Lewis/Lawrence R. Mehl of JOHN N. LEWIS & ASSOCIATES 21 Merchants Row, 5th Floor plaintiff's attorney, whose address is Boston, Massachusetts 02109, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Boston, the 19th day of May, in the year of our Lord two thousand Five.

*Michael Joseph Donovan*
Clerk/Magistrate

A true copy Attest:
_____
Deputy Sheriff Suffolk County
5/24/05

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
  (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

05/27/2005 04:18PM

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss    SUPERIOR COURT DEPARTMENT
              OF THE TRIAL COURT

GLORIA BROWN,            )
    Plaintiff            )
                         )
v.                       )    CIVIL ACTION NO.
                         )
YUM! BRANDS, INC.        )    PLAINTIFF CLAIMS
and LOJON PROPERTY II LLC )    TRIAL BY JURY
    Defendants           )

### COMPLAINT

1. The Plaintiff, Gloria Brown is a citizen of Massachusetts, residing in Hyde Park, Suffolk County.

2. The defendant, YUM! Brands, Inc. is a foreign corporation with a principal place of business at 1441 Gardiner Lane, Louisville, Kentucky ("YUM").

3. The defendant LOJON PROPRETY II LLC, is a Delaware Limited Liability Company with a principal place of business at 1370 Avenue of the Americas, New York, NY 10019

4. Jurisdiction is based upon the defendants (a) transacting business in the Commonwealth; (b) contracting to supply services or things in the Commonwealth; or (c) causing tortuous injury in the Commonwealth by act or omission outside the Commonwealth, and defendant regularly does or solicits business or engages in a persistent course of conduct or derives substantial revenues from goods used or consumed or services rendered in the Commonwealth.

5. On or about June 21, 2002, defendant YUM owned and operated the KFC (Kentucky Fried Chicken) store located at 625 American Legion Highway, Boston, (Roslindale), MA. 02131.

6. On or about June 21, 2002, defendant LOJON was the owner of the real estate located at 625 American Legion Highway, Boston (Roslindale), MA 02131.

7. On June 21, 2002, plaintiff was severely injured as a result of the defendants' negligence and carelessness in failing to maintain its parking lot or otherwise making the premises safe for customers.

3. As a direct and proximate result of the negligence and carelessness of the defendant as set forth above, the plaintiff was caused to suffer personal injuries and other damages, including hospital and medical expenses in excess of $2,000.00.

WHEREFORE, the plaintiff prays for judgment against the defendants, jointly and severally, together with interest and the costs of her action.

PLAINTIFF CLAIMS TRIAL BY JURY.

The plaintiff
By her attorneys

John N. Lewis (BBO# 298520)
Lawrence R. Mehl (BBO#/566235)
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109
(617) 523-0777

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)

   Gloria Brown v. YUM! Brands, Inc.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   X    III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   None.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☐    NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☒    NO ☐

   A.  If yes, in which division do all of the non-governmental parties reside?

       Eastern Division  ☒        Central Division  ☐        Western Division  ☐

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

       Eastern Division  ☐        Central Division  ☐        Western Division  ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐    NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Bruce G. Tucker, Esq.
ADDRESS           Legal Management Services, LLC,
                  55 Hammarlund Way, Middletown, RI 02842
TELEPHONE NO.     (401) 843-8400

(Coversheetlocal[1].wpd - 10/17/02)

| JS-44 | CIVIL COVER SHEET | Rev. 12/96 |
|---|---|---|

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFFS**  GLORIA BROWN

**DEFENDANTS**  YUM! BRANDS, INC. AND LOJON PROPERTY II, LLC

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Suffolk
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) ATTORNEYS (Firm name, address, phone number)
John N. Lewis (BBO# 298520)
Lawrence R. Mehl (BBO#566235)
John N. Lewis & Associates
21 Merchants Row, 5th Floor
Boston, MA 02109   (617) 523-0777

ATTORNEYS (Firm name, address, phone number)
FOR YUM! BRANDS, INC.
Bruce G. Tucker (BBO #553668)
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
(401) 843-8400

**II. JURISDICTION** (Place an "X" in one box only)

- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government not a party)
- [x] 4. Diversity (Indicate citizenship of parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For diversity cases only)
(Place an "X" on one box for plaintiff and one box for defendant)

|  | PTF | DEF |
|---|---|---|
| 1. Citizen of this State | [x] | [ ] |
| 2. Citizen of another State | [ ] | [ ] |
| 3. Citizen or Subject of a Foreign Country | [ ] | [ ] |
| 4. Incorporated or Principal Place of Business in this state | [ ] | [ ] |
| 5. Incorporated and Principal place of Business in another state | [ ] | [x] |
| 6. Foreign nation | [ ] | [ ] |

**IV. ORIGIN** (Place an "X" in one box only)

- [ ] 1. Original Proceeding
- [x] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or reopened
- [ ] 5. Transferred from another district (specify)
- [ ] 6. Multidistric Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT**

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employer's Liability | ☐ 640 R.R. & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excluding Veterans) | ☐ 345 Marine Product | ☐ 660 Occupational Safety/Health | | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| | ☐ 355 Motor Vehicle Product Liability | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 360 Other Personal Injury | | | ☐ 891 Agriculture Acts |
| | ☐ 362 Personal Injury – Med. Malpractice | | | ☐ 892 Economic Stabilization Act |
| ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury – Product Liability | | | ☐ 893 Environmental Matters |
| ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Liability | | | ☐ 894 Energy Allocation Act |
| ☐ 195 Contract Product Liability | PERSONAL PROPERTY | | | ☐ 895 Freedom of Information Act |
| | ☐ 370 Other Fraud | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | ☐ 371 Truth in Lending | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 380 Other Personal Property Damage | | | ☐ 890 Other Statutory Actions |
| | ☐ 385 Property Damage Product Liability | | | |

| EAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | FEDERAL TAXSUITS | PROPERTY RIGHTS | LABOR | SOCIAL SECURITY |
|---|---|---|---|---|---|---|
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 820 Copyrights | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEUS CORPUS | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 830 Patent | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (405(g)) |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 840 Trademark | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | | | | ☐ 864 SSID Title XVI |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | ☐ 790 Other Labor Litigation | |
| | | | | | ☐ 791 Empl. Ret. Inc. Security Act | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This is a personal injury action between citizens of different states. Jurisdiction is proper pursuant to 28 USC § 1332. Plaintiff alleges personal injury while on defendant's premises.

**VII. REQUESTED IN COMPLAINT**   DEMAND: $508,200.00   ☐ Check if this is a Class Action under F.R.C.P. 23
Check YES only if demanded in complaint:   JURY DEMAND   ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions.) NONE.
JUDGE                                DOCKET NUMBER

**IX. DATE**                         SIGNATURE OF ATTORNEY OF RECORD

June 3, 2005                         Bruce G. Tucker (BBO #553668)

*FOR OFFICE USE ONLY*
RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE