AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| for the | DISTRICT OF | Massachusetts |

GLORIA BROWN

vs.

YUM! BRANDS, INC. and
LOJON PROPERTY II, LLC

05  11167 MLW   APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

YUM! Brands, Inc.

I certify that I am admitted to practice in this court.

JUNE 3 2005
Date

/s/ Bruce G. Tucker
Signature

Bruce G. Tucker — 553668
Print Name — Bar Number

55 Hammarlund Way
Address

Middletown — RI — 02842
City — State — Zip Code

(401) 843-8400 — (401) 843-8401
Phone Number — Fax Number