AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

|  | DISTRICT OF |  |
|---|---|---|
| for the |  | Massachusetts |

GLORIA BROWN

vs.

YUM! BRANDS, INC. and
LOJON PROPERTY II, LLC

05 - 11167 MLW APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

YUM! Brands, Inc.

I certify that I am admitted to practice in this court.

JUNE 3 2005
Date

Signature

| Bruce G. Tucker | | 553668 |
|---|---|---|
| Print Name | | Bar Number |
| 55 Hammarlund Way | | |
| Address | | |
| Middletown | RI | 02842 |
| City | State | Zip Code |
| (401) 843-8400 | | (401) 843-8401 |
| Phone Number | | Fax Number |