UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLORIA BROWN, | ) | Civil Action No.: 05-11167MLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANTS' ANSWER AND |
| | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| YUM! BRANDS, INC. AND LOJON | ) | |
| PROPERTY II, LLC | ) | |
| | ) | |
| Defendant. | ) | |

1. The Defendants deny sufficient information to admit or deny the allegations in Paragraph One of Plaintiff's Complaint and leave the Plaintiff to her proof thereof.

2. The allegations of Paragraph Two are admitted.

3. The Defendant, LOJON Property II, LLC admits that it is a foreign corporation with its principal place of business in New York.

4. The Defendants deny the allegations of Paragraph Four.

5. The Defendants deny the allegations of Paragraph Five.

6. The Defendant, LOJON Property II, LLC avers that the property was demised as of the date of the Plaintiff's accident to a third party and that this Defendant had no operational, commercial activity or responsibility for said property.

7. The Defendants deny the allegations of Paragraph Seven.

8. The Defendants deny the allegations of Paragraph Eight.

OTHER DEFENSES

9. The Defendant, LOJON Property II, LLC avers that process upon it was insufficient as a matter of law.

DEMAND FOR JURY TRIAL

The Defendants hereby demand a trial by jury.

THE DEFENDANTS,
YUM! BRANDS, INC. and
LOJON PROPERTY II, LLC
By Their Attorney,

*/s/ Bruce G. Tucker*
Bruce G. Tucker, Esq.
BBO# 553668
Legal Management Services LLC
55 Hammarlund Way
Middletown, RI 02842
(401) 843-8400

Dated: June 10, 2005

CERTIFICATE OF SERVICE

I, Bruce G. Tucker, Esquire, hereby certify that on the 10th day of June 2005, I caused to be served the foregoing document by first class mail, postage prepaid to all counsel of record.

*/s/ Bruce G. Tucker*
Bruce G. Tucker, Esq.