

## Legal Management Services LLC

June 10, 2005

Clerk of Civil Court
John Joseph Moakley
 United States Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

05-11167-*mcw*

Re:   *Gloria Brown v. YUM! Brands, Inc and LOJON Property II, LLC*

Dear Sir/Madam:

In accordance with federal rules, I enclose a certified copy of the complete file of the Suffolk Superior Court that existed at the time of removal of the above case to the federal court.

Sincerely,

Bruce G. Tucker, Esq.

BGT/rf
Enclosures
Cc:   John N. Lewis, Esquire (w/enclosures)

55 Hammarlund Way • Middletown, RI 02842 • Tel 401-843-8400 • Fax 401-843-8401 • www.legalmgt.com

MAS-20030912
guen
Case 1:05-cv-11167-MBB  Document 5  Filed 06/13/2005  Page 2 of 4
06/03/2005
01:51 PM
Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

### SUCV2005-01983
### Brown v Yum Brands Inc et al

| | | | | | |
|---|---|---|---|---|---|
| File Date | 05/19/2005 | Status | Needs review for service (acneserv) | | |
| Status Date | 05/19/2005 | Session | E - Civil E, 3 Pemberton Square, Boston | | |
| Origin | 1 | Case Type | D02 - Reach & apply (214.003) | | |
| Lead Case | | Track | F | | |
| Service | 08/17/2005 | Answer | 10/16/2005 | Rule12/19/20 | 10/16/2005 |
| Rule 15 | 10/16/2005 | Discovery | 03/15/2006 | Rule 56 | 04/14/2006 |
| Final PTC | 05/14/2006 | Disposition | 07/13/2006 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Gloria Brown
Active 05/19/2005

*Private Counsel 298520*
John N Lewis
Lewis & Associates
21 Merchants Row
5th Floor
Boston, MA 02109
Phone: 617-523-0777
Fax: 617-523-1755
Active 05/19/2005 Notify

**Defendant**
Yum Brands Inc
Service pending 05/19/2005

I HEREBY ATTEST AND CERTIFY ON
JUNE 3, 2005 _____ THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.

**Defendant**
Lojon Property II LLC
Service pending 05/19/2005

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 05/19/2005 | 1.0 | Complaint & jury demand |
| 05/19/2005 | | Origin 1, Type D02, Track F. |
| 05/19/2005 | 2.0 | Civil action cover sheet filed |

### EVENTS

## COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, ss | SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT |

GLORIA BROWN, )
    Plaintiff )
    )
v. )   CIVIL ACTION NO. 05-1983
    )
YUM! BRANDS, INC. )   PLAINTIFF CLAIMS
and LOJON PROPERTY II LLC )   TRIAL BY JURY
    Defendants )

## COMPLAINT

1. The Plaintiff, Gloria Brown is a citizen of Massachusetts, residing in Hyde Park, Suffolk County.

2. The defendant, YUM! Brands, Inc. is a foreign corporation with a principal place of business at 1441 Gardiner Lane, Louisville, Kentucky ("YUM").

3. The defendant LOJON PROPRETY II LLC, is a Delaware Limited Liability Company with a principal place of business at 1370 Avenue of the Americas, New York, NY 10019

4. Jurisdiction is based upon the defendants (a) transacting business in the Commonwealth; (b) contracting to supply services or things in the Commonwealth; or (c) causing tortuous injury in the Commonwealth by act or omission outside the Commonwealth, and defendant regularly does or solicits business or engages in a persistent course of conduct or derives substantial revenues from goods used or consumed or services rendered in the Commonwealth.

5. On or about June 21, 2002, defendant YUM owned and operated the KFC (Kentucky Fried Chicken) store located at 625 American Legion Highway, Boston, (Roslindale), MA. 02131.

6. On or about June 21, 2002, defendant LOJON was the owner of the real estate located at 625 American Legion Highway, Boston (Roslindale), MA 02131.

7. On June 21, 2002, plaintiff was severely injured as a result of the defendants' negligence and carelessness in failing to maintain its parking lot or otherwise making the premises safe for customers.

| CIVIL ACTION COVER SHEET | Trial Court of Massachusetts SUPERIOR COURT DEPARTMENT County: _____ | Docket Number 05-1983 |
|---|---|---|
| PLAINTIFF(S)  Gloria Brown | DEFENDANT(S)  Yum!m! Brands, Inc. and LOJON Property II LLC | |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE John N. Lewis & Lawrence R. Mehl, JOHN N. LEWIS & Assoc. 21 Merchants Row, 5th Flr., Boston, MA Board of Bar Overseers number: 298520   02109 | ATTORNEY (if known) | |

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. c. 231, s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript;relief from judgment/ Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| D02 | Negligence-Personal Injury( F) | | (X) Yes   ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
 1. Total hospital expenses ........................................................ $..........
 2. Total Doctor expenses ........................................................ $ 54,425
 3. Total chiropractic expenses .................................................. $..........
 4. Total physical therapy expenses ............................................. $..........
 5. Total other expenses (describe) co-pays, medical supplies & equipment, meds. $ 5,514
  Subtotal $..........
B. Documented lost wages and compensation to date ............................. $ 109,000
C. Documented property damages to date ........................................ $..........
D. Reasonably anticipated future medical and hospital expenses ................ $undetermined
E. Reasonably anticipated lost wages .......................................... $undetermined
F. Other documented items of damages (describe)   $..........
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)
As a result of defendants negligence and carelessness in failing to maintain its parking lot, plaintiff fell and severely injured her knee, back and suffered other personal injuries and damages.
  $..........
  TOTAL: $..........

### CONTRACT CLAIMS
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

  TOTAL   $..........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT   None

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."
Signature of Attorney of Record _____   DATE: 5/18/05

A.O.S.C. 2003

I HEREBY ATTEST AND CERTIFY ON
JUNE 3, 2005, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.