UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLORIA BROWN, | ) | Civil Action No.: 05-11167MLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANTS' MOTION FOR |
| | ) | SUMMARY JUDGMENT |
| | ) | |
| YUM! BRANDS, INC. AND LOJON | ) | |
| PROPERTY II, LLC | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME YUM! BRANDS, INC., and LOJON PROPERTY II, LLC., by and through their counsel, and move for an order that summary judgment enter in favor of the Defendants. This motion is made on the ground that Plaintiffs' Complaint has no merit. This motion is based on the pleadings, affidavit, statement of material facts and the memorandum of law filed in support of this motion. Pursuant to Local Rule 7.1(a)(2), counsel have conferred and have attempted in good faith to resolve or narrow the issues presented hereby.

THE DEFENDANTS,
YUM! BRANDS, INC. and
LOJON PROPERTY II, LLC
By Their Attorney,

_____
Bruce G. Tucker, Esq.
BBO# 553668
Legal Management Services LLC
55 Hammarlund Way
Middletown, RI 02842
(401) 843-8400

Dated: August 25, 2005

CERTIFICATE OF SERVICE

I, Bruce G. Tucker, Esquire, hereby certify that on the 25th day of August 2005, I caused to be served the foregoing document by first class mail, postage prepaid to all counsel of record.

Bruce G. Tucker, Esq.