UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLORIA BROWN, | ) | Civil Action No.: 05-11167MLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STATEMENT OF |
| | ) | MATERIAL FACTS |
| | ) | PURSUANT TO LOCAL |
| YUM! BRANDS, INC. AND LOJON | ) | RULE 56.1 |
| PROPERTY II, LLC | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME the Defendants and for their statement of Material Facts as to which there is no genuine issue to be tried state as follows:

1. YUM! Brands, Inc. neither owned nor operated the KFC restaurant located at 625 American Legion Highway, Roslindale, Massachusetts neither on June 21, 2002 nor subsequently. (Affidavit of Linda Gregg, ¶¶ 11 - 13, a copy of said affidavit is attached hereto as Exhibit A, original will be filed with the court upon receipt thereof).

2. YUM! Brands, Inc. and its subsidiaries KFC of America, Inc., and KFC Corporation were and are separate and distinct, and YUM! Brands, Inc. did not and does not exercise control over the day-to-day activities of KFC of America, Inc. or KFC Corporation. (Affidavit of Linda Gregg, ¶¶ 3 - 10).

3. LOJON PROPERTY II, LLC did not own the premises upon which the KFC restaurant at 625 American Legion Highway, Roslindale, Massachusetts was located on June 21, 2002, and obtained no interest in the property until 2003. (Affidavit of Linda Gregg, ¶¶ 12 - 14).

THE DEFENDANTS,
YUM! BRANDS, INC. and
LOJON PROPERTY II, LLC
By Their Attorney,

/s/ Bruce G. Tucker
Bruce G. Tucker, Esq.
BBO# 553668
Legal Management Services LLC
55 Hammarlund Way
Middletown, RI 02842
(401) 843-8400

Dated: August 25, 2005

## CERTIFICATE OF SERVICE

I, Bruce G. Tucker, Esquire, hereby certify that on the 25 day of August 2005, I caused to be served the foregoing document by first class mail, postage prepaid to all counsel of record.

/s/ Bruce G. Tucker
Bruce G. Tucker, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GLORIA BROWN, ) Civil Action No.: 05-11167MLW
)
Plaintiff, )
)
v. )
)
YUM! BRANDS, INC. AND LOJON ) AFFIDAVIT
PROPERTY II, LLC )
)
Defendants. )

STATE OF KENTUCKY
COUNTY OF JEFFERSON

    PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the above named jurisdiction, *Linda J. Gregg*, who, after being first duly sworn, stated upon her oath as follows:

    1.    My name is *Linda J. Gregg* and I have personal knowledge of the matters and things stated in this affidavit.

    2.    I am Assistant Secretary for YUM! Brands, Inc. I am fully familiar with the corporate structure of YUM! Brands, Inc., the type of business in which it is involved, and its relationship to KFC of America, Inc. and KFC Corporation.

    3.    KFC of America, Inc. was and KFC Corporation is a wholly-owned subsidiary of YUM! Brands, Inc. However, YUM Brands, Inc. is and has been a separate and distinct corporate entity from KFC of America, Inc. and KFC Corporation.

    4.    YUM! Brand, Inc. is incorporated under the laws of the State of North Carolina, with its principal place of business in Louisville, KY.

    5.    KFC of America, Inc. was a California corporation with its principal place of business in Louisville, Kentucky and was, on December 31, 2002 merged into KFC

Corporation, a Delaware corporation with its principal place of business in Louisville, Kentucky.

6. The management of YUM! Brands, Inc. is and was separate and distinct from that of KFC of America, Inc. and KFC Corporation. YUM! Brands, Inc. conducts and conducted separate directors' meetings from those of KFC of America, Inc. and KFC Corporation and has separate directors and employees.

7. YUM Brands, Inc.'s assets are and were distinct from those of KFC of America, Inc. and KFC Corporation and each corporation is responsible for its own assets and liabilities.

8. YUM! Brands, Inc. is not a retailer selling KFC food products.

9. YUM! Brands, Inc. does not directly own any KFC restaurants in the State of Massachusetts.

10. YUM! Brands, Inc. did not and does not exercise control over the day-to-day activities of KFC of America, Inc. or KFC Corporation.

11. At no time has YUM! Brands, Inc. operated, managed, controlled, conducted, maintained or supervised the premises, the owners or the employees of the KFC restaurant located at 625 American Legion Highway, Roslindale (Boston), MA or any other location in the State of Massachusetts.

12. On June 21, 2002, the KFC restaurant located at 625 American Legion Highway, Roslindale (Boston), MA was owned and operated by KFC of America, Inc.

13. With the merger of KFC of America, Inc. into KFC Corporation on December 31, 2002, KFC Corporation became the owner and operator of the KFC restaurant located at 625 American Legion Highway, Roslindale (Boston), MA.

14. The premises at 625 American Legion Highway, Roslindale (Boston), MA was transferred by KFC Corporation to LOJON PROPERTY II LLC on August 15, 2003.

FURTHER AFFIANT sayeth not.

Linda J. Gregg
YUM! Brands, Inc.
ITS: Assistant Secretary

STATE OF KENTUCKY
COUNTY OF JEFFERSON

SWORN TO AND SUBSCRIBED BEFORE ME on this 25th day of August, 2005.

*Dueria Hudson*
NOTARY PUBLIC
My Commission Expires:

Notary Public, State at Large, KY
My commission expires Sept. 6, 2005