UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>    Plaintiff<br><br>v.<br><br>YUM! BRANDS, INC. and<br>LOJON PROPERTY II LLC,<br>    Defendants | )<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 05-CV-11167-MBB<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR LEAVE
TO AMEND HER COMPLAINT TO ADD ADDITIONAL DEFENDANTS**

Now comes the plaintiff in the above-captioned action and, pursuant to Rules 15 of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for leave to amend her Complaint by adding KFC of America, Inc., Kentucky Fried Chicken Corporation as additional defendants for the reasons set forth in the Memorandum in Support of Plaintiff's Motion for Leave to Amend her Complaint to Add Additional Defendants, filed herewith and incorporated by reference herein.

Respectfully submitted,

The plaintiff,
By her attorneys,

John N. Lewis
BBO# 298520
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109
(617) 523-0777