UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>    Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION<br>)   NO. 05-CV-11167-MBB<br>) |
| YUM! BRANDS, INC. and<br>LOJON PROPERTY II LLC,<br>    Defendants | )<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE
### AND
### AFFIDAVIT OF NOTICE OF FILING OF MOTION

I, John N. Lewis, Attorney for the plaintiff in the above captioned action, do hereby certify that on this date I served the following documents:

1. Plaintiff's Motion to for Leave to Amend Her Complaint to Add Additional Defendants;

2. Memorandum in Support of Plaintiff's Motion to for Leave to Amend Her Complaint to Add Additional Defendants;

3. Certificate of Service and Affidavit of Notice of Filing of Motion; and

3. Complaint w. cover letter originally sent on July 29, 2005.

by first class mail, postage prepaid, on the following parties or persons:

President
KFC of America, Inc.
1441 Gardiner Lane
Louisville, KY 40213

Bruce G. Tucker, Esq.
Attorney for Yum! Brands, Inc. and
Lojon Property II, LLC
Legal Management Services LLC
55 Hammerlund Way
Middletown, RI 02842

President
KFC Corporation
1441 Gardiner Lane
Louisville, KY 40213

President
KFC National Management, Inc..
1441 Gardiner Lane
Louisville, KY 40213

and gave notice by including a copy of this Certificate of Service and Affidavit of Notice of Motion, as well as by a cover letter, a copy of which is attached hereto and incorporated by reference herein, notifying each of the above parties or persons that the said Motion and Memorandum will be filed with the Clerk of the United States District Court for the District of Massachusetts in the above-captioned action on August 26, 2005.

 SWORN AND SUBSCRIBED TO BY ME UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS, 15th DAY OF August, 2005.

              _____
              John N. Lewis

## JOHN N. LEWIS & ASSOCIATES

Attorneys at Law
21 Merchants Row, 5th Floor
Boston, MA 02109
Telephone (617) 523-0777
Facsimile (617) 523-1755
e-mail: jlewis4284@aol.com

August 15, 2005

President
KFC National Management, Inc.
1441 Gardiner Lane
Louisville, KY 40213

Re:  Gloria Brown
Vs:  Yum! Brands, Inc. and Lujon II LLC
No.: 05-CV-11167-MBB (USDC MA)

Dear Sir or Madam:

    As you were previously advised by the receipt of the enclosed letter and copy of the Complaint in the above-captioned action, we intend to join your company as an additional defendant. For your information, the case has been removed by the counsel for the defendants to the United States District Court for the District of Massachusetts, Docket Number 2005-CV-11167, and is pending before Chief Magistrate Judge Marianne M Bowler. The attorney for the defendants, of which Yum! conveniently shares your address, is Bruce G. Tucker, Esq. of Legal Management Services, Inc., 55 Hammarlund Way, Middletown, RI 02842 (401-843-8400),

    Pursuant to Local Rule 15.1(B), enclosed please find a duplicate of the Complaint and cover letter sent to you on July 29, 2005, together with a copy of Plaintiff's Motion for Leave to Amend Her Complaint to Add Additional Defendants and Memorandum in Support of Plaintiff's Motion for Leave to Amend Her Complaint to Add Additional Defendants. As provided by Local Rule 15.1(B), by this letter and the accompanying Certificate of Service and Affidavit of Notice of Filing of Motion, please take notice that the foregoing Motion and Memorandum will be filed on August 26, 2005.

Very truly yours,

JOHN N. LEWIS & ASSOCIATES

John N. Lewis

JNL/jl
cc: Bruce G. Tucker, Esq.

# JOHN N. LEWIS & ASSOCIATES
Attorneys at Law
21 Merchants Row, 5th Floor
Boston, MA 02109
Telephone (617) 523-0777
Facsimile (617) 523-1755
e-mail: jlewis4284@aol.com

August 15, 2005

President
KFC of America, Inc.
1441 Gardiner Lane
Louisville, KY 40213

Re:   Gloria Brown
Vs:   Yum! Brands, Inc. and Lujon II LLC
No.:  05-CV-11167-MBB (USDC MA)

Dear Sir or Madam:

    As you were previously advised by the receipt of the enclosed letter and copy of the Complaint in the above-captioned action, we intend to join your company as an additional defendant. For your information, the case has been removed by the counsel for the defendants to the United States District Court for the District of Massachusetts, Docket Number 2005-CV-11167, and is pending before Chief Magistrate Judge Marianne M Bowler. The attorney for the defendants, of which Yum! conveniently shares your address, is Bruce G. Tucker, Esq. of Legal Management Services, Inc., 55 Hammarlund Way, Middletown, RI 02842 (401-843-8400),

    Pursuant to Local Rule 15.1(B), enclosed please find a duplicate of the Complaint and cover letter sent to you on July 29, 2005, together with a copy of Plaintiff's Motion for Leave to Amend Her Complaint to Add Additional Defendants and Memorandum in Support of Plaintiff's Motion for Leave to Amend Her Complaint to Add Additional Defendants. As provided by Local Rule 15.1(B), by this letter and the accompanying Certificate of Service and Affidavit of Notice of Filing of Motion, please take notice that the foregoing Motion and Memorandum will be filed on August 26, 2005.

Very truly yours,

JOHN N. LEWIS & ASSOCIATES

John N. Lewis

JNL/jl
cc: Bruce G. Tucker, Esq.

# JOHN N. LEWIS & ASSOCIATES
Attorneys at Law
21 Merchants Row, 5th Floor
Boston, MA 02109
Telephone (617) 523-0777
Facsimile (617) 523-1755
e-mail: jlewis4284@aol.com

August 15, 2005

President
KFC Corporation
1441 Gardiner Lane
Louisville, KY 40213

Re:   Gloria Brown
Vs:   Yum! Brands, Inc. and Lujon II LLC
No.:  05-CV-11167-MBB (USDC MA)

Dear Sir or Madam:

    As you were previously advised by the receipt of the enclosed letter and copy of the Complaint in the above-captioned action, we intend to join your company as an additional defendant. For your information, the case has been removed by the counsel for the defendants to the United States District Court for the District of Massachusetts, Docket Number 2005-CV-11167, and is pending before Chief Magistrate Judge Marianne M Bowler. The attorney for the defendants, of which Yum! conveniently shares your address, is Bruce G. Tucker, Esq. of Legal Management Services, Inc., 55 Hammarlund Way, Middletown, RI 02842 (401-843-8400),

    Pursuant to Local Rule 15.1(B), enclosed please find a duplicate of the Complaint and cover letter sent to you on July 29, 2005, together with a copy of Plaintiff's Motion for Leave to Amend Her Complaint to Add Additional Defendants and Memorandum in Support of Plaintiff's Motion for Leave to Amend Her Complaint to Add Additional Defendants. As provided by Local Rule 15.1(B), by this letter and the accompanying Certificate of Service and Affidavit of Notice of Filing of Motion, please take notice that the foregoing Motion and Memorandum will be filed on August 26, 2005.

Very truly yours,

JOHN N. LEWIS & ASSOCIATES

John N. Lewis

JNL/jl
cc: Bruce G. Tucker, Esq.