UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>Plaintiff | )<br>)<br>) |
| v. | )  CIVIL ACTION<br>)  NO. 05-CV-11167-MBB<br>) |
| YUM! BRANDS, INC. and<br>LOJON PROPERTY II LLC,<br>Defendants | )<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF LINDA J. GREGG**
and
**FOR SANCTIONS PURSANT TO RULE 56(g)**

Now comes the plaintiff in the above-captioned action and respectfully moves this Honorable Court to strike the Affidavit of Linda J. Gregg for failure to comply with Fed.R.Civ.P. 56(e) and for sanctions, including an award of attorney's fees pursuant to Rule 56(g) for the reasons set forth in the plaintiff's Memorandum filed herewith and incorporated by reference herein.

WHEREFORE, plaintiff respectfully moves this Honorable Court to strike the Affidavit of Linda J. Gregg and for sanctions, including an award of attorney's fees.

Respectfully submitted,

The plaintiff,
By her attorneys,

John N. Lewis
BBO# 298520
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109
(617) 523-0777

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing on the attorney of record for each party and/or party pro se by mail on 9/1/05.
Sworn and subscribed to _____