UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>  Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION<br>) NO. 05-CV-11167-MBB<br>) |
| YUM! BRANDS, INC. and<br>LOJON PROPERTY II LLC,<br>  Defendants | )<br>)<br>)<br>) |

**PLAINTIFF'S OPPOSITION TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**and**
**MOTION FOR SANCTIONS PURSUANT TO FED.R.CIV.P. RULE 11**

Now comes the plaintiff in the above-captioned action and states her opposition to the defendants' motion for summary judgment for the reasons set forth in her Memorandum filed herewith and incorporated by reference herein. For the reasons set forth in her Memorandum the plaintiff moves to strike the Affidavit of Linda J. Gregg and, pursuant to Fed.R.Civ.P. Rule 11 and Fed.R.Civ.P. 56(g), the plaintiff further moves for sanctions, including reasonable attorney's fees and costs, for opposing the defendants' motion.

WHEREFORE, the plaintiff states her opposition to the defendants' motion for summary judgment and prays that said motion be denied and that sanctions be imposed, including her attorney's fees and costs.

2

Respectfully submitted,

**CERTIFICATE OF SERVICE**

The plaintiff,
By her attorneys,

I hereby certify that I served a copy of the foregoing on the attorney of record for each party and/or party pro se by mail on 9/1/05
Sworn and subscribed to _____

John N. Lewis
BBO# 298520
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109
(617) 523-0777