UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLORIA BROWN, | ) | Civil Action No.: 05-11167MLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANTS' OPPOSITION |
| | ) | TO PLAINTIFF'S MOTION TO |
| | ) | STRIKE AND FOR SANCTIONS |
| YUM! BRANDS, INC. AND LOJON | ) | |
| PROPERTY II, LLC | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME Defendants YUM! Brands, Inc. and LOJON PROPERTY II, LLC, by and through their counsel, and oppose Plaintiff's Motion to Strike the Affidavit of Linda J. Gregg and for Sanctions Pursuant to Rule 56(g) on the grounds that Plaintiff's motion fails to show that Gregg's affidavit does not comply with Rule 56(e) and further fails to show that sanctions pursuant to Rule 56(g) are warranted, all as more particularly set forth in the memorandum of law filed herewith.

Respectfully submitted,

THE DEFENDANTS,
YUM! BRANDS, INC. and
LOJON PROPERTY II, LLC
By Their Attorney,

_____
Lawrence R. Holland, Esq.
BBO# 554839
Legal Management Services LLC
55 Hammarlund Way
Middletown, RI 02842
(401) 843-8400

Dated: September 21, 2005

1

## CERTIFICATE OF SERVICE

I, Lawrence R. Holland, Esquire, hereby certify that on the 21st day of September 200[ ] caused to be served the foregoing document by facsimile and first class mail, postage prepaid all counsel of record.

_____
Lawrence R. Holland, Esq.