AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ for the _____  DISTRICT OF  Massachusetts

**APPEARANCE**

Case Number: 05-11167MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

YUM! Brands, Inc. and Lojon Property, II, LLC

I certify that I am admitted to practice in this court.

9/21/05
Date

Signature

Lawrence R. Holland                                839
Print Name                                  B:  imber

55 Hammarlund Way
Address

Middletown            RI              02842
City                  State           Zip Cc

(401) 843-8400        (401) 843-840
Phone Number                          Fa  mber

## CERTIFICATE OF SERVICE

I, Lawrence R. Holland, Esquire, hereby certify that on the 21st day of September 200 I caused to be served the foregoing document by facsimile and first class mail, postage prepaid all counsel of record.

_____
Lawrence R. Holland, Esq.