UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 OCT 14  A 11: 45

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| GLORIA BROWN, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-CV-11167-MBB |
| YUM! BRANDS, INC, | ) | |
| LOJON PROPERTIES II LLC, | ) | PLAINTIFF CLAIMS |
| KFC OF AMERICA, INC., | ) | TRIAL BY JURY |
| KFC CORPORATION, and | ) | |
| KFC NATIONAL MANAGEMENT, INC., | ) | |
| Defendants | ) | |

## **AMENDED COMPLAINT**

1. The plaintiff Gloria Brown is a citizen of Massachusetts, residing in Hyde Park, Suffolk County.

2. The defendant Yum! Brands, Inc. Is a foreign corporation with a principal place of business at 1441 Gardiner Lane, Louisville, Kentucky ("YUM").

3. The defendant LOJON PROPERTY II LLC is a Deleware limited liability company with principal place of business at 1370 Avenue of the Americas, New York, NY 10019 ("LOJON").

4. The defendant KFC of America, Inc., is a foreign orporation with a principal place of business at 1441 Gardiner Lane, Louisville, Kentucky ("KFC America").

5. The defendant KFC Corporation is a foreign corporation with a principal place of business at 1441 Gardiner Lane, Louisville, Kentucky ("KFC Corp.").

6. The defendant KFC National Management, Inc. Is a foreign corporation with a principal place of business at 1441 Gardiner Lane, Louisville, Kentucky ("KFC Management").

7. The plaintiff's action was originally commenced in state court, Suffolk Superior Court, Docket No. 05-1983-E on the basis of the defendant's (a) transacting business in the Commonwealth of Massachusetts; (b) contracting to supply services or things in the Commonwealth; or (c) causing tortious injury in the Commonwealth by an act or omission outside the Commonwealth where the defendant regularly does or solicits business or engages in a persistent course of conduct or derives substantial revenues from goods used or consumed or services rendered in the Commonwealth. The plaintiff's action was removed to federal court by the defendants on the basis of diversity of citizenship. The plaintiff is a resident of

-2-

Massachusetts and the defendants are all foreign corporations.

8. The defendants KFC America, KFC Corp. and KFC Management are or, if no longer in existence, were wholly owned subsidiaries of the defendant YUM.

9. On or about June 21, 2002, the defendant YUM!, directly, through or in combination with one of its then wholly owned subsidiaries, the defendants KFC America, Inc., the defendant KFC Corp. and/or the defendant KFC National, owned and operated the Kentucky Fried Chicken ("KFC") store located at 625 American Legion Highway, Roslindale, MA 02131 "the KFC store").

10. On or about June 21, 2002, the defendant LOJON was the owner of the real estate located at 625 American Legion Highway, Roslindale, MA 02131 or was otherwise in control of or responsible for the condition premises of the KFC store.

11. On or about June 21, 2002, the plaintiff was severely injured as a result of the defendants' joint and several negligence and carelessness in failing to maintain the parking lot of the KFC store in a reasonably safe condition for use by customers, including the plaintiff.

12. As a direct and proximate result of the negligence and carelessness of the defendants, as set forth above, the plaintiff was caused to suffer personal injuries and other damages, to suffer great pain of body and mind, to have her earning capacity diminished and to have her ability to enjoy a normal, active and healthy life adversely affected.

WHEREFORE, the plaintiff prays for judgment against the defendants, jointly and severally, together with interest and the costs of her action.

## THE PLAINTIFF CLAIMS TRIAL BY JURY

The plaintiff,
By her attorneys,

John N. Lewis
BBO# 298520
Lawrence R. Mehl
BBO# 566235
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109
(617) 523-0777

**CERTIFICATE OF SERVICE**

hereby certify that I served a copy of the foregoing on the attorney of record for each party and/or party pro se by mail on _10/12/05_.
Sworn and subscribed to _____