UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV -4  A 11: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| GLORIA BROWN, | ) | Civil Action No. 05-11167MLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' ANSWER TO** |
| | ) | **AMENDED COMPLAINT,** |
| | ) | **AND DEFENDANTS' DEMAND** |
| YUM! BRANDS, INC. AND LOJON | ) | **FOR JURY TRIAL** |
| PROPERTY II, LLC | ) | |
| | ) | |
| Defendant. | ) | |

Defendants, by their counsel, hereby respond to the numbered paragraphs of Plaintiff's Amended Complaint in this action as follows:

1. Defendants lack sufficient information and knowledge to admit or deny the allegations in this paragraph and call on plaintiff to prove the same.

2. Admitted.

3. Defendants admit only that LOJON Property II, LLC is a foreign corporation with its principal place of business in New York.

4. Denied. Further responding, defendants state that KFC of America, Inc. is not an existing legal entity capable of being sued.

5. Defendants admit only that KFC Corporation is a Delaware corporation.

6. Denied. Further responding, defendants state that KFC National Management Co., incorrectly referred to as KFC National Management, Inc., is not an existing legal entity capable of being sued.

7. Defendants admit only that this action was originally commenced in Massachusetts state court, and that it was subsequently removed to this Court on the basis of

diversity of citizenship. Defendants deny the remaining allegations in this paragraph, including, without limitation, the allegation that defendants caused tortuous injury to plaintiff.

8. Defendants admit only that KFC Corporation is a subsidiary of YUM! Brands, Inc. Further answering, defendants state that KFC of America, Inc. and KFC National Management Co. are not existing legal entities capable of being sued.

9. Defendants admit only that on June 21, 2002, the KFC restaurant referenced in this paragraph was owned and operated by KFC of America, Inc. Defendants deny the remaining allegations in this paragraph. Further answering, defendants state that on December 31, 2002, KFC of America, Inc. merged into KFC Corporation, and on that date, KFC Corporation became the owner and operator of the KFC restaurant referenced in this paragraph.

10. Denied.

11. Denied.

12. Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's claims are barred by the doctrines of contributory and/or comparative negligence.

### Second Affirmative Defense

Plaintiff has failed to mitigate her damages.

## DEMAND FOR JURY TRIAL

The Defendants hereby demand a trial by jury.

                THE DEFENDANTS,
                YUM! BRANDS, INC.,
                LOJON PROPERTY II, LLC AND
                KFC CORPORATION
                By Their Attorney,

                _____
                Lawrence R. Holland, Esq.
                BBO# 554839
                Legal Management Services LLC
                55 Hammarlund Way
                Middletown, RI 02842
                (401) 843-8400

Dated: November 3, 2005

## CERTIFICATE OF SERVICE

I, Lawrence R. Holland, Esquire, hereby certify that on the 3rd day of November 2005, I caused to be served the foregoing document by facsimile and by first class mail, postage prepaid to all counsel of record.

_____
Lawrence R. Holland, Esq.