UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GLORIA BROWN, )
    Plaintiff )
)
v. ) CIVIL ACTION NO. 05-11167MLW
)
YUM! BRANDS, INC., LOJON )
PROPERTY II, LLC, KFC OF )
AMERICA, INC., KFC )
CORPORATION, and KFC )
NATIONAL MANAGEMENT, INC.)

## AUTOMATIC REQUIRED DISCLOSURES OF PLAINTIFF

The Plaintiff hereby makes the following initial disclosures pursuant to Fed.R.Civ.P. 26.

A. Disclosures pursuant to Rule 26(a)(1)(A).

The following persons are likely to have relevant discoverable information regarding the claims of the Plaintiff:

1. The plaintiff, Gloria Brown, 80 Seminole Street, Hyde Park, MA 02136, telephone (617) 361-0851

2. Akirah Brown, an 11 year old minor, 11 Hillis Road, Hyde Park, MA 02136, a witness to the incident, telephone (617) 364-0418

3. Dave Long, Gallagher Bassett Services, Inc., 8 Flowers Drive, Mechanicsburg, PA 17050 has, among other things, most of the medical records of the plaintiff, a transcript of a recorded telephone meeting with the plaintiff, photographs of the accident scene, several pieces of correspondence from counsel for the plaintiff and his correspondence to such counsel on behalf of KFC National Management, Inc. an affiliate of the defendant. His telephone number is (717) 697-1266

4. Dwayne Walker, employee of the defendant (or its subsidiary) who was the manager of the

KFC store on the date of the injury, and James Hughes, Christiana Ellis and Francisco Avacleto, all employees of the defendant (or its subsidiary or affiliate) at the store on the date of the incident. The address of the store is 635 American Legion Highway, Roslindale, MA 02131, and its telephone number is (617) 524-1010.

The following treating physicians listed in numbers 6 through 12, inclusive:

5. Timothy E. Foster, MD, Boston Medical Center, 720 Harrison Ave., Boston, MA 02118 and Commonwealth Medical Group, 930 Commonwealth Ave. West, Boston, MA 02215

6. Rose M. Duver, MD, Boston Medical Center, 720 Harrison Avenue, Boston, MA 02118

7. Jerome Sobieraj, MD, Boston Medical Center, One Boston Medical Center Place, Boston, MA 02118

8. Mark S. Kaplan, MD, Boston Medical Center, 732 Harrison Ave., Boston, MA 02118

9. Ming Tran, DO, Boston Medical Center, 732 Harrison Avenue, Boston, MA 02118

10. Marc Adams, DO, Boston Medical Center, 732 Harrison Avenue, Boston, MA 02118

11. Rakesh Dhar, MD, Boston Medical Center, 732 Harrison Avenue, Boston, MA 02118

12. Benson Chu, MD, Primary Care Physician, Boston Medical Center, 732 Harrison Avenue, Boston, MA 02118

B. Disclosures pursuant to Rule 26(a)(1)(B)

The following documents are in the possession, custody or control of Plaintiff and are documents and/or data compilations related to this action:

1. Various medical reports and out-of pocket expenses of the Plaintiff, a copy of which previously has been furnished to the defendant KFC National Management, Inc. All of such medical records also may be obtained from Boston Medical Center, 732 Harrison Avenue, Boston, MA 02118.

2. Photographs of the hole in the parking lot where the accident occurred taken on the date of the accident.

3. Photographs of the hole in the parking lot where the accident occurred taken during 2005.

4. Various payroll and related information from Plaintiff's former employer, Home For Little Wanderers, a copy of which previously was furnished to defendant KFC National Management, Inc..

C. <u>Damage Computation pursuant to Rule 26(a)(1)(C)</u>

    1. Lost Wages to age 65

| | |
|---|---:|
| Immediately prior to the injury, plaintiff then being age 54, was earning $11.34 per hour ($17.01 overtime) and worked an average of 55 hours per week, which with two weeks paid vacation equates to $36,344.70 for the base year. The computation assumes plaintiff worked until age 65 with an average annual CPI of 4.5% over 10 years | $562,819.00 |
|     2. Medical Bills and out-of pocket expenses (to date) | 65,300.00 |
|     3. Pain and Suffering<br>The factors to be considered necessarily include plaintiff's current age (57), her projected life expectancy of 83, as set forth in the HCFA Medicaid Life Expectancy Tables for females and her permanent disability which has significantly affected the quality of her life. | Amount to be determined by the jury |

D. <u>Disclosures requirements pursuant to Rule 26(a)(1)(D) are not applicable.</u>

Respectfully submitted,

The plaintiff,
By her Attorneys,

John N. Lewis (BBO #298569)
Lawrence R. Mehl (BBO #566235)
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109
(617) 523-1755

December 2, 2005

## CERTIFICATE OF SERVICE

I, Lawrence R. Mehl, hereby certify that on December 2, 2005, a copy of the above document was served via first class US mail, postage prepaid, upon counsel for the defendants.

_____
Lawrence R. Mehl