UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>    Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION<br>)   NO. 05-CV-11167-MBB<br>) |
| YUM! BRANDS, INC., ET AL.,<br>    Defendants | )<br>)<br>) |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

Plaintiff and defendants, by their attorneys, hereby jointly move that the Court enter an order extending the discovery deadline in this action from its current date of March 31, 2006 until May 31, 2006. The grounds for this Motion are as follows:

1.  Discovery in this action commenced in about October, 2005. Since then the parties have been diligently pursing discovery. All parties have served written discovery and depositions have been taken by the Plaintiff. The parties have been cooperative in the discovery process and have mutually granted extensions with respect to responses to written discovery.

2.  In this action, plaintiff claims injuries stemming from a fall at a KFC restaurant. As such, after receiving plaintiff's written discovery responses, defendants requested production of plaintiff's medical records, including prior medical records, from several of plaintiff's treating medical professionals. All such documents have not yet been received from the medical professionals.

3.  After defendants receive complete medical records, they intend to take the deposition of plaintiff and others, and have an independent medical examination performed on plaintiff. Additional time is required to complete this discovery.

4. The parties have not previously requested any extensions of the discovery deadline.

WHEREFORE, the parties to this action respectfully request that this Court grant their Joint Motion to Extend Discovery Deadline and enter an order extending the discovery deadline until May 31, 2006.


Respectfully submitted,

Defendants,
By their Attorneys,

_____
Lawrence R. Holland, Esq.
BBO# 554839
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
(401) 843-8400


Plaintiff,
By her Attorneys,

_____ /LRH by permission.
John N. Lewis, Esq., BBO# 298569
Lawrence R. Mehl, BBO# 566235
John N. Lewis & Associates
21 Merchants Row, 5th Floor
Boston, MA  02109
(617) 523-1755


Dated: March 30, 2006