UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLORIA BROWN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-CV-11167 MBB |
| | ) | |
| YUM! BRANDS, INC., ET AL., | ) | |
| Defendants | ) | |

**PLAINTIFF'S MOTION TO COMPEL
PRODUCTION OF DOCUMENT BY DEFENDANT KFC CORPORATION**

Now comes the plaintiff in the above-captioned action and, pursuant to Rule 37 of the
Federal Rules of Civil Procedure moves this Honorable Court to compel the defendants to
produce the incident report prepared by its employee and to produce an unredacted copy of the
Hotline Report of the incident with ten (10) days, for sanctions and, attorney's fees, pursuant to
Rule 37(a)(4), and for such other relief and/or other sanctions as this Honorable Court may
determine to be appropriate.  In support of her motion, the plaintiff states that the documents are
discoverable, are necessary to the full and fair litigation of the plaintiff's case on its merits, are
not available from any other source and have been withheld from the plaintiff, as more fully
appears from her Memorandum filed herewith and incorporated by reference herein.

WHEREFORE, the plaintiff moves to compel the defendants to produce the incident
report to produce an unredacted copy of the Hotline Report to the Plaintiff with ten (10) days, for
sanctions, attorney's fees, pursuant to Rule 37(a)(4), and for such other relief and/or other
sanctions as this Honorable Court may determine to be appropriate.

-2-

The plaintiff,
By her attorneys,


   /s/ Lawrence R. Mehl
Lawrence R. Mehl
John N. Lewis
BBO# 298520
Lawrence Mehl, of Counsel
BBO# 566235
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April , 2006.


    /s/ Lawrence R. Mehl
Lawrence R. Mehl

## LOCAL RULE 7.1 and FED.R.CIV.P. 37(2(A)CERTIFICATION

I, Lawrence R. Mehl, co-counsel for the plaintiff, do hereby certify pursuant to Local Rule 7.1 that prior to filing of this Motion, I conferred on May 8, 2006, with Lawrence R. Holland, Esq., counsel for the defendants in an effort to resolve or narrow the issues raised by this Motion and that, pursuant to Fed.R.Civ.P 37(2)(A) I conferred in good faith with counsel for the Plaintiffs in an effort to secure the documents without court action.


    /s/ Lawrence R. Mehl
Lawrence R. Mehl

CNQ21R01                GALLAGHER BASSETT SERVICES, INC.   27May2005 PAGE      2
                              PRINT CLAIM NOTES

CLAIM NUMBER : 012000-017291-GB-01 (OPEN  )
CLAIMANT NAME:  BROWN,GLORIA J.
ACCIDENT DATE:  06-21-2002

REPORTED BY:
      LAST: Gonzales      FIRST: Victor



LOSS - QUESTION & ANSWERS PART  1
Q: IS THIS A PRODUCT, PREMISES OR EMPLOYEE HEPATITIS INNOCULATION/TESTING
   CLAIM?:
A: Premises
Q: CAUSE CODE OF CLAIM?:
A: OTHER/GENERAL LIABILITY
Q: IS CUSTOMER SEEKING MEDICAL TREATMENT?:
A: Yes
Q: DOES CUSTOMER EXPECT TO BE CONTACTED?:
A: Yes
Q: HAVE THERE BEEN SIMILAR COMPLAINTS IN THE LAST TWO WEEKS/MONTHS?:
A: No
Q: WAS FREE MEAL/REFUND OFFERED?:
A: Yes
Q: HOW WAS RESTAURANT FIRST NOTIFIED OF INCIDENT?:
A: Customer
Q: WHEN WAS THE RESTAURANT NOTIFIED OF INCIDENT?:
A: 06/21/2002 5:55pm
Q: HAS CUSTOMER THREATENED TO NOTIFY MEDIA OR HAS MEDIA CONTACTED RESTAURANT?:
A: No
Q: WOULD REPAIRS HAVE PREVENTED ACCIDENT?:
A: Yes
Q: IF YES, EXPLAIN:

CONTINUED ON THE NEXT PAGE

CNQ21R01            GALLAGHER BASSETT SERVICES, INC.   27May2005 PAGE        3
                        PRINT CLAIM NOTES

CLAIM NUMBER : 012000-017291-GB-01 (OPEN  )
CLAIMANT NAME: BROWN,GLORIA J.
ACCIDENT DATE: 06-21-2002

A: Sinkhole in parking lot could have been repaired; repairs will be made on
   Tuesday
Q: WAS AN OBJECT ALLEGED TO BE FOUND IN FOOD?:
A: No
Q: WAS DAMAGE TO AN EMPLOYEE OWNED VEHICLE?:
A: No
Q: DID YOU RECIEVE ANY LEGAL DOCUMENTS?:
A: No
Q: IS THE CUSTOMER REPRESENTED BY AN ATTORNEY?:
A: No
Q: CLAIM INVOLVES LIFE-THREATENING INJURY/ILLNESS?:
A: No
Q: HOSPITALIZATION ANTICIPATED?:
A: No
Q: POTENTIAL PRODUCT RELATED CLAIM WITH MASIVE OUTBREAK?:
A: No
Q: DOES THIS CLAIM INVOLVE ACTUAL MEDIA ATTENTION (NOT THREAT OF ATTENTION)?:
A: No
Q: ARE THERE MULTIPLE PEOPLE INJURED IN THIS INCICENT?:
A: No
Q: NUMBER OF PARTIES INVOLVED:
A: 1
Q: DOES THIS CLAIM INVOLVE SHOOTING/STABBING - ON PREMISES OR AT DD?:
A: No
Q: DOES THIS CLAIM INVOLVE SEXUAL ASSAULT?:
A: No