UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLORIA BROWN, | ) | Civil Action No.: 05-11167MBB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KFC CORPORATION, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF LAWRENCE R. HOLLAND, ESQ. IN SUPPORT OF DEFENDANT KFC CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS, AND DEFENDANT'S REQUEST FOR AN AWARD OF ITS EXPENSES**

I, Lawrence R. Holland, Esq., do hereby depose under oath and state as follows:

1. I am counsel for defendants in this action. I have personal knowledge of the matters set forth in this Affidavit.

2. I am a Senior Attorney with Litigation Management Services, LLC ("LMS"). LMS is National Litigation Counsel for Yum! Brands, Inc. ("Yum") and its subsidiaries, including the KFC entities. LMS has responsibility for managing and directing the personal injury litigation of Yum! throughout the United States.

3. Gallagher Bassett Services, Inc. ("Gallagher Bassett") is Yum!'s third party claims investigator/administrator. Gallagher Bassett has responsibility for investigating all potential personal injury claims/litigation involving Yum! and its subsidiaries, including the KFC entities. Gallagher Bassett works in conjunction with

LMS and Yum!'s in-house counsel in performing its responsibilities and frequently requests advice from LMS during the course of its investigations.

4.  The Gallagher Bassett investigative notes concerning a potential litigation are immediately forwarded to LMS upon the onset of litigation. The investigative notes are extensively relied upon by LMS, and they contain the mental impressions and opinions of the Gallagher Bassett investigator concerning the claim.

5.  The copy of the so-called Hotline Report that was produced to plaintiff in this action was contained within the investigative notes of Gallagher Bassett. Although Gallagher Bassett is not involved in generating the Hotline Report, it places a copy of the Hotline Report in its investigative notes since the Hotline Report concerns the alleged incident that is under investigation. The copy of the Hotline Report that was produced to plaintiff is redacted above and below the information that constitutes the Hotline Report. The redacted information is not part of the Hotline Report. Rather, it is part of Gallagher Bassett's investigative notes, which are protected from discovery by Fed. R. Civ. P. 37(4)(B).

Signed under the pains and penalties of perjury this 22nd day of May, 2006.

_____
Lawrence R. Holland

## CERTIFICATE OF SERVICE

    I, Lawrence R. Holland, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic filing of the foregoing Affidavit and will receive service in that fashion.

_____
Lawrence R. Holland