UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>      Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION<br>)   NO.  05-CV-11167-MBB<br>) |
| YUM! BRANDS, INC., et al.<br>      Defendants | )<br>) |

### PLAINTIFF'S OPPOSITION TO
### DEFENDANTS' MOTION TO EXTEND DISCOVERY DEADLINE

Now comes the plaintiff in the above-captioned action and states her opposition to the defendants' motion to extend the discovery deadline.  In support of her opposition the plaintiff states that the need for extended discovery is due primarily to the defendants' procrastination by interposing unnecessary procedural issues instead of addressing substantive discovery, that the discovery which the defendants seek has already been requested, as the defendants state in their motion, so that no *further* discovery is necessary, that, in any case, the plaintiff offered to assent to a thirty (30) day extension, which the defendants rejected, insisting they needed two months, which became three months in retribution for the plaintiff not assenting to their original demand and requiring them to file a motion and the information sought is, at best, marginal, the defendants making no showing of what it is they expect to find or why finding it should cause a three month delay in the litigation, a more fully set forth in the plaintiff's Memorandum filed herewith and incorporated by reference herein.

Wherefore, the plaintiff opposes the defendants' motion to extend the discovery deadline and prays that said motion be denied.

        The plaintiff,
By her attorneys,

    /s/ Lawrence R. Mehl
Lawrence R. Mehl, of Counsel
BBO# 566235
John N. Lewis
BBO# 298520
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 23, 2006

    /s/ Lawrence R. Mehl
    Lawrence R. Mehl