UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KFC CORPORATION, ET AL. )<br>)<br>Defendants. ) | Civil Action No.: 05-11167MBB |

**SUPPLEMENTAL AFFIDAVIT OF LAWRENCE R. HOLLAND, ESQ. IN SUPPORT OF DEFENDANT KFC CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

I, Lawrence R. Holland, Esq., do hereby depose under oath and state as follows:

1. I am counsel for defendants in this action. I have personal knowledge of the matters set forth in this Affidavit.

2. I am filing this Affidavit pursuant to the Court's request at the June 8, 2006 hearing on Plaintiff's Motion to Compel for an affidavit from me concerning the investigative notes of defendant's third party claims administrator, Gallagher Basset Services, Inc. ("Gallagher Bassett") regarding the incident alleged by plaintiff in this action.

3. The first entry in the Gallagher Bassett investigative notes is dated August 12, 2002. The August 12, 2002 entry reflects that as of the time that Gallagher Bassett commenced its investigation concerning the incident alleged by plaintiff, it had already been contacted by plaintiff's attorney, Lawrence R. Mehl, Esq. The August 12, 2002

entry states "Remarks: InfoRemark (8/10/2002): Attorney Lawrence R. Mehl, 617/523-0777". The August 12, 2002 entry further states that the Gallagher Bassett investigator spoke with Attorney Mehl again on August 12, 2002. There are several references to contacts with plaintiff's attorneys in subsequent entries.

    Signed under the pains and penalties of perjury this 16th day of June, 2006.

_____
Lawrence R. Holland

## CERTIFICATE OF SERVICE

    I, Lawrence R. Holland, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic filing of the foregoing Affidavit and will receive service in that fashion.

                                                    Lawrence R. Holland