UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLORIA BROWN,<br>Plaintiff | )<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION<br>NO. 05-CV-11167-MBB |
| | )<br>) | |
| YUM! BRANDS, INC., ET AL.,<br>Defendants | )<br>) | |

### STIPULATION OF DISMISSAL OF DEFENDANTS YUM! BRANDS, INC., KFC OF AMERICA, INC. AND KFC NATIONAL MANAGEMENT, INC. ONLY

Plaintiff and defendants, by their attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby voluntarily stipulate to the dismissal of defendants Yum! Brands, Inc., KFC of America, Inc., and KFC National Management, Inc. from this action. Yum! Brands, Inc., by its counsel, further stipulates that to the extent plaintiff obtains a final judgment that exhausts the assets and/or insurance of KFC Corporation, Yum! Brands, Inc. will satisfy the amount in excess of KFC Corporation's assets and/or insurance.

Respectfully submitted,

The Parties,
By their attorneys,

| The plaintiff<br>By her attorneys | The Defendants,<br>By their Attorneys |
|---|---|
| John N. Lewis<br>BBO# 298520<br>JOHN N. LEWIS & ASSOCIATES<br>21 Merchants Row, 5th Floor<br>Boston, MA 02109<br>(617) 523-0777 | Lawrence R. Holland<br>BBO# 554839<br>Legal Management Services, LLC<br>55 Hammarlund Way<br>Middletown, RI 02842<br>(401) 843-8400 |