UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>    Plaintiff<br><br>v.<br><br>YUM! BRANDS, INC., et al.<br>    Defendants | )<br>)<br>)<br>)   CIVIL ACTION<br>)   NO. 05-CV-11167-MBB<br>)<br>)<br>) |

**PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO
EXECUTE AND PROVIDE A SOCIAL SECURITY ADMINISTRATION
<u>CONSENT FOR RELEASE OF INFORMATION</u>**

Now comes the plaintiff in the above-captioned action and states her opposition to the defendants' motion to compel the plaintiff to execute and provide a Social Security Administration consent for release of information form**,** allowing the defendant to obtain the records directly, and prays that said motion be denied. In support of her opposition, the plaintiff states that she has cooperated with the defendant by providing authorizations for all of her first party treatment, but believes that she is entitled to review and seek protection from the Court, if necessary, the SSA file, which she has never seen and has no knowledge of what personal and private information may be contained in it, as more fully set forth in her Memorandum, which is filed herewith and incorporated by reference herein.

WHEREFORE, the plaintiff opposes the defendants' motion to compel the plaintiff to execute and provide a Social Security Administration consent for release of information form, allowing the defendant to obtain the records directly, and prays that said motion be denied.

˜2˜

        The plaintiff,
        By her attorneys,

        */s/ John N. Lewis*
        John N. Lewis
        BBO# 298520
        Lawrence R. Mehl, of Counsel
        BBO# 566235
        JOHN N. LEWIS & ASSOCIATES
        21 Merchants Row, 5th Floor
        Boston, MA 02109

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 2, 2006

        */s/ John N. Lewis*
        John N. Lewis