UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GLORIA BROWN,               )
    Plaintiff           )
               )
v.                          )       CIVIL ACTION
               )       NO.  05-CV-11167-MBB
               )
KFC CORPORATION,            )
    Defendant           )

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
TO EXCLUDE FROM THE TRIAL PORTIONS OF THE
VIDEOTAPED TRIAL TESTIMONY OF DR. TIMOTHY E. FOSTER**

The plaintiff hereby states her opposition to the defendant's motion to exclude from the

trial portions of the videotaped trail testimony of Dr. Timothy E. Foster and prays that said

motion be denied by this Honorable Court.  In support of her opposition, the plaintiff states that:

(1) the required disclosure of Dr. Foster as a treating physician has been made and the defendant

has been provided with all of his records and reports in advance of his deposition; (2) that Dr.

Foster, an orthopaedic surgeon, is qualified to express an opinion as to the condition of the

plaintiff orthopaedic injuries for which he treated her, including her back; and (3) that the

defendant has failed to apprise this court of testimony that contradicts its arguments, as more

fully appears in the plaintiff's Memorandum filed herewith and incorporated by reference herein.

WHEREFORE, The plaintiff hereby states her opposition to the defendant's motion to

exclude from the trial portions of the videotaped trial testimony of Dr. Timothy E. Foster and

prays that said motion be denied by this Honorable Court.

-2-

The plaintiff,
By her attorneys,


___/s/ John N. Lewis___
John N. Lewis
BBO# 298520
Lawrence R. Mehl, of Counsel
BBO# 566235
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 26, 2007.

_____/s/ John N. Lewis____
John N. Lewis