UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLORIA BROWN,<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION<br>NO. 05-CV-11167-MBB |
| | ) | |
| KFC CORPORATION,<br>    Defendant | )<br>)<br>) | |

## PLAINTIFF'S REQUESTS FOR JURY INSTRUCTIONS

Now comes the plaintiff in the above-captioned action and respectfully requests that, in addition to the standard federal jury instructions on negligence, causation and damages, which the parties have been directed by this Honorable Court not to reiterate in their requests, the following instructions be given to the jury, subject to the evidence adduced at trial.

### REQUEST 1.

"The law ~~imposed~~ [imposes] on ~~this~~ [the] defendant a duty to maintain ~~his~~ [its] property 'in a reasonably safe condition in view of all the circumstances, including the likelihood of injury to others, the seriousness of the injury, and the burden of avoiding the risk.' Mounsey v. Ellard, 363 Mass. 693, 708, 297 N.E.2d 43 (1973) quoting Smith v. Arbaugh's Restaurant, Inc., 469 F.2d 97, 100 (D.C.Cir.1972), cert. denied, 412 U.S. 939, 93 S.Ct. 2774, 37 L.Ed.2d 399 (1973). However, the defendant ~~was~~ [is] 'not obliged to supply a place of maximum safety, but only one which would be safe to a person who exercises such minimum care as the circumstances reasonably indicate.' Gadowski v. Union Oil Co. of Boston, 326 F.2d 524, 525 (1st Cir.1964). The question to be decided, then, is whether ~~the jury reasonably could have concluded that~~, in view of all the circumstances, an ordinarily prudent ~~person~~ [business] in the defendant's position

would have taken steps, not taken by the defendant, to prevent the accident that occurred."

<u>Toubiana v. Priestly</u>, 402 Mass. 84, 88-89, 520 N.E.2d 1307 (1988).

          The plaintiff,
By her attorneys,

*/s/ John N. Lewis*
John N. Lewis
BBO# 298520
Lawrence R. Mehl, of Counsel
BBO# 566235
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 6, 2007.

*/s/ John N. Lewis*
John N. Lewis