UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>    Plaintiff | )<br>)<br>) |
| v. | )  CIVIL ACTION<br>)  NO. 05-CV-11167-MBB<br>) |
| KFC CORPORATION,<br>    Defendant | )<br>) |

**PLAINTIFF'S MOTION TO STRIKE**
**DEFENDANTS SUPPLEMENTAL MEMORANDUM**

Now comes the plaintiff and respectfully moves this Honorable Court to strike the defendant's "Supplemental Submission Regarding Preclusion of Evidence Concerning Plaintiff's Receipt of Social Security Disability Payments" on the grounds that it purports to recount a conversation between defendant's counsel and a representative of Massachusetts Disability Determination Services Division which is both incompetent, because there is no designation of the declarant as a designated spokes person for the agency, but is inadmissible hearsay.

WHEREFORE, the plaintiff moves to strike the defendant's "Supplemental Submission Regarding Preclusion of Evidence Concerning Plaintiff's Receipt of Social Security Disability Payments"

                    The plaintiff,
                    By her attorneys,

                    */s/ John N. Lewis*
                    John N. Lewis
                    BBO# 298520
                    Lawrence R. Mehl, of Counsel
                    BBO# 566235
                    JOHN N. LEWIS & ASSOCIATES
                    21 Merchants Row, 5th Floor
                    Boston, MA 02109

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 6, 2007.

                                                */s/ John N. Lewis*
                                                John N. Lewis