UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>    Plaintiff<br><br>v.<br><br>KFC CORPORATION,<br>    Defendant | )<br>)<br>)<br>)    CIVIL ACTION<br>)    NO. 05-CV-11167-MBB<br>)<br>)<br>) |

**DEFENDANT'S STIPULATION AS TO LIABILITY ON
PLANTIFF'S CLAIM FOR NEGLIGENCE**

Defendant KFC Corporation, the sole remaining defendant in this action, by its attorneys, hereby stipulates as to liability on plaintiff's negligence claim. Defendant disputes all other issues in this case, including plaintiff's injuries, proximate causation and the amount of plaintiff's damages.

                        Respectfully submitted,

                        Defendant,
                        By its Attorneys,

                        /s/ Lawrence R. Holland
                        Lawrence R. Holland, Esq.
                        BBO# 554839
                        Legal Management Services, LLC
                        55 Hammarlund Way
                        Middletown, RI 02842
                        (401) 843-8400

Dated: March 7, 2007

## CERTIFICATE OF SERVICE

      I, Lawrence R. Holland, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic filing of the foregoing Stipulation and will receive service in that fashion.

                                            Lawrence R. Holland