## JOHN N. LEWIS & ASSOCIATES
## ATTORNEYS AT LAW
### 21 MERCHANTS ROW, 5TH FLOOR
### BOSTON, MASSACHUSETTS 02109
TELEPHONE (617) 523-0777 FACSIMILE (617) 523-1755

BY FACSIMILE TRANSMISSION

March 9, 2007

The Honorable Marianne B. Bowler
United States Magistrate Judge for
The District of Massachusetts
John Joseph Moakley US Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Gloria Brown v. KFC Corporation, Civil Action No. 05-CV-11167-MBB

Dear Judge Bowler:

We were just notified that Mr. Lawrence R. Holland, KFC's counsel in the above captioned matter, has a family emergency involving his father in Florida and is leaving immediately. We assured him that, subject to your approval, we assent to his request to the continuation of the Trial currently scheduled for Monday, March 12, 2007 at 9 A.M.. Upon Mr. Holland's return, we will call and reschedule the trial date. I will appreciate if you would ask Mr. Duffy to inform us today of your decision. Thank you.

Yours very truly,

Lawrence R. Mehl

cc:   Lawrence R. Holland, Esq.