UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>    Plaintiff<br><br>v.<br><br><br>KFC CORPORATION,<br>    Defendant | )<br>)<br>)<br>)   CIVIL ACTION<br>)   NO. 05-CV-11167-MBB<br>)<br>)<br>) |

### DEFENDANT KFC CORPORATION'S ASSENTED TO MOTION FOR ADMISSION OF DAVID B. WILLIS, ESQ. PRO VAC VICE

NOW COMES Lawrence R. Holland, Esq., counsel for defendant KFC Corporation and a member in good standing of this Court, and hereby moves that David B. Willis, Esq. be admitted in this action as co-counsel for KFC Corporation. Attorney Willis' Affidavit in support of the Motion for Admission as a Visiting Attorney pursuant to the provisions of Local Rule 85.5.3 is filed herewith. Attorney Holland seeks admission of Attorney Willis Pro Hac Vice so that he may assist Attorney Holland during the trial of this action which begins on August 6, 2007.

WHEREFORE, defendant KFC Corporation respectfully requests that this Court

grant its Motion for Admission of David Willis, Esq. Pro Hac Vice.

>Respectfully submitted,
>Defendants,
>By its Attorneys,
>
>/s/ Lawrence R. Holland
>Lawrence R. Holland, Esq.
>BBO# 554839
>Legal Management Services, LLC
>55 Hammarlund Way
>Middletown, RI 02842
>(401) 843-8400

ASSENTED TO:

Plaintiff,
By her Attorneys,

/s/ John N. Lewis
John N. Lewis, Esq., BBO# 298569
John N. Lewis & Associates
21 Merchants Row, 5th Floor
Boston, MA 02109
(617) 523-1755

Dated: August 1, 2007

<u>CERTIFICATE OF SERVICE</u>

      I, Lawrence R. Holland, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic filing of the foregoing Motion and will receive service in that fashion.

                                                  /s/ Lawrence R. Holland
                                                  Lawrence R. Holland

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GLORIA BROWN,                )
    Plaintiff            )
                             )
v.                           )   CIVIL ACTION
                             )   NO. 05-CV-11167-MBB
                             )
KFC CORPORATION,             )
    Defendant            )

### AFFIDAVIT OF DAVID B. WILLIS IN SUPPORT OF MOTION FOR ADMISSION AS A VISITING ATTORNEY PURSUANT TO THE PROVISIONS OF RULE 83.5.3 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

NOW COMES David B. Willis of Lincoln, Rhode Island, first being duly sworn on oath do depose and say that:

1. I employed by Legal Management Servces, LLC ("LMS"). KFC Corporation's counsel of record, Lawrence R. Holland, is also employed by LMS.

2. My office address is: 55 Hammarlund Way, Middletown, Rhode Island 02842. My telephone number is (401) 843-8400. My facsimile number is (401) 843-8401. My email address is dwillis@legalmgt.com.

3. My bar admissions are as follows:

    A. State of Rhode Island and Providence Plantations, November 5, 1990.
    B. Commonwealth of Massachusetts, June 20, 1991.
    C. United States District Court for the District of Rhode Island, May 3, 1991.
    D. First Circuit Court of Appeals, September 9, 1993.
    E. United States Supreme Court, May 31, 1994.

4. Your affiant avers that he is in good standing to practice before all of the above courts and has never been denied admission or the subject of discipline by any court in any jurisdiction.

5.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Massachusetts.

6.  I have submitted an application for admission to the bar of the United States District Court for the District of Massachusetts. I have been informed by the Clerk that once she receives my Certificates of Good Standing from the other jurisdictions in which I am admitted, I will be scheduled to be sworn in to the bar of the United States District Court for the District Court of Massachusetts on August 23, 2007. I fully expect to submit the Certificates of Good Standing in time to be admitted on August 23rd. However, August 23rd is subsequent to the trial date in this action of August 6, 2007, and I would like to assist my colleague, Lawrence R. Holland, Esq., during that trial.

7.  The granting of this motion would not result in the need to modify any scheduling order or deadline established by the standing Scheduling Order of this Court. Nor will it effect the trial date in this action of August 6, 2007. Indeed, as I mentioned above, the reason that I am filing this Motion is to enable me to assist Attorney Holland during that trial.

8.  I have never sought a Pro Hac Vice Motion before.

Defendants:

By: _____
David B. Willis
BBO: 558372
Legal Management Services
55 Hammarlund Way
Middletown, RI  02842
(401) 843-8400

SUBSCRIBED AND SWORN to before me this 25th day of July, 2007.

_____
Notary Public
My Commission Expires on: 5/13/09