UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>    Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 05-CV-11167-MBB<br>) |
| KFC CORPORATION,<br>    Defendant | )<br>)<br>) |

**PLAINTIFF'S MOTION IN LIMINE
TO LIMIT THE TESTIMONY OF DEFENDANT'S MEDICAL EXPERTS**

Now come the plaintiff in the above-captioned and respectfully moves this Honorable Court to limit the testimony of defendant's medical experts, Dr. Froelich and Dr. Feldmann, to the facts and opinions disclosed in their reports. In support of her motion, the plaintiff states that no disclosure of their expected testimony, other than that contained in their abbreviated reports was been provided to her counsel and, therefore, allowing them to testify outside of the facts and opinions contained in their respective reports would be unfair and prejudicial in the absence of her counsel's ability to cross-examine them, as more fully set forth in her memorandum, filed herewith and incorporated by reference herein.

WHEREFORE, the plaintiff moves to limit the testimony of defendant's medical experts, Dr. Froelich and Dr. Feldmann, to the facts and opinions disclosed in their reports.

2

Respectfully submitted,

The plaintiff,
By her attorneys,

    */s/ John N. Lewis*
John N. Lewis
BBO# 298520
Lawrence Mehl, of Counsel
BBO# 566235
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 3, 2007

    */s/ John N. Lewis*
John N. Lewis