UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>    Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 05-CV-11167-MBB<br>) |
| KFC CORPORATION,<br>    Defendant | )<br>)<br>) |

### PLAINTIFF'S OBJECTION TO DEFENDANT'S JURY INSTRUCTIONS

Now comes the plaintiff and objects to the defendant's jury instruction number 9.:

**JURY INSTRUCTION NUMBER 9**

**Testimony by Plaintiff describing pain and inability to work**

Any testimony by Plaintiff describing her pain and inability to work does not constitute evidence of loss of earning capacity.

*See* Paul Timmons v. Massachusetts Bay Transportation Auth., 412 Mass. 646, 650, 591, N.E.2d 667, 670 (1992) (citing Nisbet v. Medaglia, 356 Mass. 580, 583 (Mass. 1970).

and prays that said instruction be excluded.

In support of his objection, the plaintiff states that both of the cases cited by the defendant Nisbet v. Medaglia, 356 Mass. 580, 583 (Mass. 1970) and Timmons v. MBTA., 412 Mass. 646, 650, 591, N.E.2d 667, 670 (1992) involve the use of the plaintiff's own testimony as the factual foundation *for his expert's opinion*, as more fully set forth in his memorandum, filed herewith and incorporated by reference herein.

WHEREFORE, the plaintiff objects to the defendant's requested Instruction 9 and prays that it not be excluded.

2

Respectfully submitted,

The plaintiff,
By her attorneys,

_/s/ John N. Lewis_
John N. Lewis
BBO# 298520
Lawrence Mehl, of Counsel
BBO# 566235
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 3, 2007

_/s/ John N. Lewis_
John N. Lewis