✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

| Gloria Brown | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| YUM! Brands, et al. | Case Number: 05-11167-MBB |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Marianne B. Bowler | Lewis, Mehl | Holland, Willis |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/6/2007-8/9/2007 | Cloonan | Duffy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/6/07 | | | Witness: Gloria Brown called by the Pltf. |
| | | 8/7/07 | | | Witness: Gloria Brown called by the Pltf. (Cont'd) |
| | | 8/7/07 | | | Witness: Dr. Timothy Foster called by the Pltf. (Videotaped deposition) |
| | | 8/8/07 | | | Witness: Dr. Edward Feldman called by the Deft. |
| | | 8/8/07 | | | Witness: Akirah Brown called by the Pltf. |
| 1 | | 8/8/07 | x | x | Office Note, new patient consult, Dr. Foster, 7/17/2002 |
| 2 | | 8/8/07 | x | x | Emergency Medical Services, City of Boston, 6/21/2002 |
| 3 | | 8/8/07 | x | x | ER discharge planning, BMC, 6/21/2002 |
| 4 | | 8/8/07 | x | x | ER Nursing documentation, BMC, 6/22/2002 |
| 5 | | 8/8/07 | x | x | MRI of left knee, BMC, 7/21/2002 |
| 6 | | 8/8/07 | x | x | Office Note, return visit, Dr. Foster, 8/1/2002 |
| 7 | | 8/8/07 | x | x | MRI of lumbar spine, Sheilds MRI, 8/31/2002 |
| 8 | | 8/8/07 | x | x | Surgical dictation, Arthroscopy of left knee, Dr. Foster, 9/6/2002 |
| 9 | | 8/8/07 | x | x | Office Note, return visit, Dr. Foster, 9/12/2002 |
| 10 | | 8/8/07 | x | x | Office Note, return visit, Dr. Foster, 10/10/2002 |
| 11 | | 8/8/07 | x | x | Office Note, return visit, Dr. Foster, 12/4/2002 |
| 12 | | 8/8/07 | x | x | Office Note, return visit, Dr. Foster, 1/22/2003 |
| 13 | | 8/8/07 | x | x | MRI of left knee, BMC, 2/9/2003 |
| 14 | | 8/8/07 | x | x | Report, BMC, 4/3/2003 |
| 15 | | 8/8/07 | x | x | Office Note, return visit, Dr. Foster, 4/3/2003 |
| 16 | | 8/8/07 | x | x | Office Note, return visit, Dr. Foster, 7/9/2003 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| Gloria Brown vs. Yum! Brands, et al. | | | | | CASE NO. 05-11167-MBB |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 17 | | 8/8/07 | x | x | Office Note, return visit, Dr. Foster, 12/3/2003 |
| 18 | | 8/8/07 | x | x | Handwritten note, Dr. Foster |
| 19 | | 8/8/07 | x | x | Report, Dr. Bono, 12/17/2002 |
| 20 | | 8/8/07 | x | x | Medical record, BMC |
| 21 | | 8/8/07 | x | x | Medical Bills |
| 22 | | 8/8/07 | x | x | Personnel records, home for little wanderers |
| 23 | | 8/8/07 | x | x | Videotape of Dr. Foster testimony |
| | | 8/8/07 | | | Witness: Dr. John Froehlich called by the Deft. (Videotaped deposition) |
| | A | 8/8/07 | x | x | DVD of Dr. Froehlich testimony |
| | | | | | NOTHING ELSE FOLLOWS. |

Page 2 of 2 Pages