Dear Judge Bowler,

I apologize for that note, I thought that Mr. Duffy would review it and give guidance. I feel awful for that note, it was a lack of responsibility on my part, it is just a trying process and it's difficult to reach a complete decision. Please forgive my lack of consideration.

Sincerely,
Cara Feeney

Juror Note #2
8/9/2007