UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GLORIA BROWN,
    Plaintiff,

v.

CIVIL ACTION NO.
05-11167-MBB

KFC CORPORATION,
    Defendant.

## VERDICT FORM

1. DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THE PLAINTIFF HAS PROVEN THAT THE DEFENDANT'S NEGLIGENCE WAS A PROXIMATE CAUSE OF THE PLAINTIFF'S INJURY OR INJURIES RESULTING IN ACTUAL DAMAGE?

    ANSWER: __YES__ ((YES) OR NO)

IF YOUR ANSWER TO QUESTION # 1 IS YES, PLEASE PROCEED TO ANSWER QUESTION # 2. IF YOUR ANSWER TO QUESTION # 1 IS NO, DO NOT ANSWER THE REMAINING QUESTION.

2. WHAT AMOUNT OF DAMAGES WHICH RESULTED FROM THE DEFENDANT'S CONDUCT DO YOU FIND FROM A PREPONDERANCE OF THE

**EVIDENCE WILL FAIRLY AND REASONABLY COMPENSATE THE PLAINTIFF FOR THOSE INJURIES?**

ANSWER: $ 115,501.00

*Cara M. Feeney*
FOREPERSON OF THE JURY

DATE: 8/9/07