**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

GLORIA BROWN,
     Plaintiff,

       v.                                 CIVIL ACTION NO.
                                         05-11167-MBB

KFC CORPORATION,
     Defendant.

**<u>FINAL JUDGMENT</u>**

**August 9, 2007**

BOWLER, U.S.M.J.

     The issues having been duly tried and a decision having been duly rendered,

     It is **ORDERED** and **ADJUDGED** that plaintiff Gloria Brown recover of defendant KFC Corporation the sum of $115,501 and costs of the action.

                                        __/s/ Marianne B. Bowler__
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge