UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,  )  <br> Plaintiff          )  <br>                     )  <br> v.                 )  <br>                     )  <br>                     )  <br> YUM! BRANDS, INC. and )  <br> KFC CORPORATION,  )  <br> Defendants       ) | CIVIL ACTION <br> NO. 05-CV-11167-MBB |

## PLAINTIFF'S COUNSEL'S
## MOTION FOR LEAVE TO WITHDRAW

Now comes John N. Lewis and Lawrence R. Mehl and respectfully move this Honorable Court for leave to withdraw as plaintiff's counsel in the above-captioned action. As grounds for their motion, plaintiff's counsel states that there has been an irreconcilable breakdown in the attorney-client relationship.

WHEREFORE, John N. Lewis and Lawrence R. Mehl respectfully move this Honorable Court for leave to withdraw as plaintiff's counsel in the above-captioned action, .

    /s/ John N. Lewis
John N. Lewis
BBO# 298520
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109
(617) 523-0777

    /s/ Lawrence R. Mehl
Lawrence R. Mehl, of Counsel
BBO# 566235
JOHN N. LEWIS & ASSOCIATES
21 Merchants Row, 5th Floor
Boston, MA 02109
(617) 523-0777

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 17, 2007. A hard copy has also been sent to the plaintiff, Gloria Brown, at her residence address by first class mail, postage prepaid.

                                          */s/ John N. Lewis*
                                          John N. Lewis