UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 AUG 21  P 1:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

Gloria Brown
    Plaintiff,

V.                                        CIVIL ACTION NO:
                                          05-11167-MBB

KFC Corporation,
    Defendant.

## PLAINTIFF'S MOTION FOR NEW TRIAL

### AMENDED

The plaintiff in the above-captioned case respectfully moves this Honorable Court to dismiss the judgment and verdict in this civil action and begin anew. This plaintiff did not receive a fair trial, under the Constitution of the United States of America, Fourteenth Amendment, regarding due process, Right to a fair and Public Trial, and the First Amendment to this constitution, with regard to my right to speak and the Constitution of the State of Massachusetts, Article XI, XXIX and VI. These points alone should allow this plaintiff a new trial.

1. Plaintiff's attorney in this action violated R.P.C , specifically; Rule 1.4 b 1, 2, & 3. Plaintiff in this action not informed in matters of great importance (stipulations that left this plaintiff with no voice).

2. The defense counsel's actions in this case are far more alarming in nature, and violated Mass Rules of Professional Conduct Rule 3.4 (a, e), in statements made regarding the character of this plaintiff which made her appear unbelievable by the jury (*closing arguments*). Motions filed with this court were evil and erroneous, and intended to bring harm to this plaintiff.

3. Testimony through *drawing*, was not admitted into evidence, even though it was given as fact in this case (witness Dr. Feldmann). This evidence was left in the courtroom for two days and finally removed by this plaintiff after verdict entered. The jury in this case, could not have reviewed all evidence (*at least 4 hours of video tapped evidence*) in the time it took to returned a verdict. The Judge (page 14, paragraph 3) instructed the jury in that, after considering all the evidence in the case.

4. Numerical division note given to judge and subsequent note of apology returned to the judge, and subsequent *note sealed in the public records of this trial*. Plaintiff's attorney said, "There was some issue" before the court. Plaintiff's attorney, in a message to plaintiff, clearly states, that there was "(some issue)" (Ma RPC 1.4) Possible influence by defendant's action (*document 45*) may have led the judge to exclude plaintiff.

5. Jury instruction misleading and unclear. Page 8, 4th paragraph, of the jury instruction. Since there was only one objection in this case against the plaintiff, and no discrepancies other than the fact that there was a plaintiff and a defendant, where are the discrepancies that were argued in court by the attorneys for and against.

This plaintiff, on the grounds of the factual accounts listed in this case, and the overwhelming evidence by both sides in her favor, would move this court to vacate the verdict and judgment and grant her a new trial. Plaintiff was entitled to, but did not receive, a fair trial under the Constitution of The United States of America and the Constitution of this Commonwealth.

Respectfully submitted,

*Gloria Brown*
Gloria Brown
Pro Se Litigant