UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 AUG 21  P 1: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

Gloria Brown
   Plaintiff,

V.

CIVIL ACTION NO:
05-11167-MBB

KFC Corporation,
   Defendant.

## MOTION TO STAY

Plaintiff in the above captioned case, petitions this court to STAY the judgment entered in this matter on August 9, 2007

Respectfully submitted,

*[signature]*
Gloria Brown
Pro Se Litigant