A1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 AUG 21  P 1:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

Gloria Brown
Plaintiff,

V.

CIVIL ACTION NO:
05-11167-MBB

KFC Corporation,
Defendant.

## PLAINTIFF'S MOTION TO REMOVE

## JUDGMENT NOT WITHSTANDING THE VERDICT MOTION

The plaintiff in this matter, after finding out at 2:00 P.M. on day eight after the trial concluded, she did not have legal representation and was not aware if legal counsel had filed the motion for new trial with the information provided to him, prior to his removal.

This plaintiff, not wanting to be stopped by the clock, initiated this motion for Judgment Notwithstanding The Verdict, and should on the facts of this case have filed the Motion For A New Trial. Plaintiff requests removal of *Judgment not withstanding verdict motion.*

Respectfully submitted,

Gloria Brown
Pro Se Litigant
August 20, 2007