UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>  Plaintiff | )<br>)<br>) |
| v. | )  CIVIL ACTION<br>)  NO. 05-CV-11167-MBB<br>) |
| KFC CORPORATION,<br>  Defendant | )<br>) |

**DEFENDANT'S OPPOSITION TO PRO SE PLAINTIFF, GLORIA BROWN'S MOTION FOR NEW TRIAL –AMENDED**

Defendant, KFC Corporation, by its attorneys, hereby opposes Plaintiff's motion for a new trial amended. Defendant's opposition is as follows:

1.  Defendant incorporates by reference all arguments in Defendant's Opposition to Plaintiff's Motion for a New Trial and to Enlarge time for filing Memorandum and Hearing filed on Friday, 8/31/2007.

2.  Plaintiff seeks to have this Court "dismiss the judgment and verdict in this civil action and begin anew", because plaintiff did not receive a fair trial under the Constitution of the United States of America's Fourteenth Amendment regarding due process. Plaintiff further alleges violations of her First Amendment Right to speak. Plaintiff brought this civil lawsuit to recover personal injuries. Plaintiff was represented by two counsel. Plaintiff testified over a period of two days regarding her alleged injuries. Based upon these facts it is difficult to assess how plaintiff's Fourteenth or First Amendment rights could have been violated.

3. Plaintiff alleges that her own attorney violated RPC 1.4 in that stipulations left the plaintiff without a voice. First, the only stipulation entered into was one where the Defendant admitted liability, second plaintiff testified on her own behalf over a period of two days.

4. Plaintiff alleges that Defendant's counsel violated RPC 3.4 in his closing. Defendant incorporates its arguments in the previously filed Defendant's Opposition to Plaintiff's motion for a new trial.

5. Plaintiff next alleges that the drawing rendered as a demonstration by Dr. Feldmann was not admitted into evidence. Plaintiff is correct. The drawing was simply a graphical explanation of his verbal testimony. Plaintiff never objected to the drawing by Dr. Feldmann and so any argument was waived. The Plaintiff also alleges that the jury could not have reviewed all of the evidence in the time it took them to return a verdict. There is simply no basis for Plaintiff's bald assertion.

6. The Plaintiff's allegation that there was some influence by the Defendant's action (document 45) that may have led to the Judge to exclude the plaintiff is without merit and makes no sense. The plaintiff was made equally aware of the jury question as was the defendant and Court. The Court then addressed the question in open Court and further instructed the jury.

7. Plaintiff's final allegation is that the jury instructions were misleading and unclear. Plaintiff made no objections to the Court's instructions and so any argument concerning the jury instructions has been waived.

Respectfully submitted,

Defendant,
By its Attorneys,


_/s/ Lawrence R. Holland_____
Lawrence R. Holland, Esq.
BBO# 554839
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
(401) 843-8400

Dated: September 4, 2007

CERTIFICATE OF SERVICE

    I, Lawrence R. Holland, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic filing of the foregoing Motion and will receive service in that fashion.

                                            /s/ Lawrence R. Holland
                                            Lawrence R. Holland