UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GLORIA BROWN,　　　　　　　　　　）
　　　Plaintiff　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　　）　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　）　　NO. 05-CV-11167-MBB
　　　　　　　　　　　　　　　　　　）
KFC CORPORATION,　　　　　　　　　）
　　　Defendant　　　　　　　　　　　）

**DEFENDANT'S REPLY TO PLAINTIFF'S MOTION
TO REMOVE JUDGMENT NOTWITHSTANDING THE VERDICT**

Defendant KFC Corporation, by its attorneys, hereby replies to Plaintiff's Motion to Remove Judgment Notwithstanding the Verdict. Defendant's Reply is as follows:

1.　Based on a review of all Post-Judgment filings in Civil Action No. 05-CV-11167-MBB, neither the Plaintiff, Gloria Brown or her attorneys, John N. Lewis or Lawrence R. Mehl filed a Motion for a Judgment Notwithstanding the Verdict.

2.　As such, the decision whether or not to grant Plaintiff's Motion to Remove Judgment Notwithstanding the Verdict Motion is moot.

WHEREFORE, defendant KFC Corporation respectfully requests that this Court

not consider Plaintiff's Motion to Remove Judgment Notwithstanding the Verdict.

Respectfully submitted,

Defendant,
By its Attorneys,

_____s/s Lawrence R. Holland_____
Lawrence R. Holland, Esq.
BBO# 554839
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
(401) 843-8400

Dated: September 4, 2007

## CERTIFICATE OF SERVICE

I, Lawrence R. Holland, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic filing of the foregoing Motion and will receive service in that fashion.

__/s/ Lawrence R. Holland__
Lawrence R. Holland