UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>    Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION<br>)   NO. 05-CV-11167-MBB<br>) |
| KFC CORPORATION,<br>    Defendant | )<br>)<br>) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
TO STAY**

Defendant KFC Corporation, by its attorneys, hereby opposes Plaintiff's Motion to Stay. Defendant's Opposition is as follows:

1. Plaintiff's Motion to Stay fails to provide any legal basis supporting why her Motion to Stay should be granted.

2. As such, Plaintiff's Motion to Stay must be denied.

WHEREFORE, defendant KFC Corporation respectfully requests that this Court deny Plaintiff's Motion to Stay .

Respectfully submitted,

Defendant,
By its Attorneys,

    s/s Lawrence R. Holland
Lawrence R. Holland, Esq.
BBO# 554839
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
(401) 843-8400

Dated: September 4, 2007

## CERTIFICATE OF SERVICE

    I, Lawrence R. Holland, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic filing of the foregoing Motion and will receive service in that fashion.

                                                /s/ Lawrence R. Holland
                                                Lawrence R. Holland