UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2007 AUG 31  P 2: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.

GLORIA BROWN

Plaintiff,

v.

- CIVIL ACTION NO.
05-11167-MBB

Yum Brands, KFC Corporation

Defendant.

## Motion in Support of Attorney Withdrawal

The Plaintiff in this civil action agrees, Counsel can be removed pursuant to his motion of August 17, 2007.

*[signature]*

Pro Se
August 31, 2007