UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 AUG 31  P 2: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

GLORIA BROWN
Plaintiff,

v.

CIVIL ACTION NO.
05-11167-MBB

Yum Brands, KFC Corporation
Defendant.

Motion to Remove Request for New Trial

And to Remove Request to Stay

Plaintiff in this Civil Action noted above request this court to remove, dismiss her motion for new trial and request to stay filed with this court on August 21, 2007.

On this date, August 30, 2007 plaintiff has reviewed most of the documents related to this case and will file subsequent motion (s).

*[signature]*
Pro Se
August 30, 2007