UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 AUG 17 P 2: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

Gloria Brown
   Plaintiff,

V.

CIVIL ACTION NO:
05-11167-MBB

KFC Corporation,
   Defendant.

### PLAINTIFF'S MOTION FOR NEW TRIAL

OR ~~And~~

### MOTION FOR JUDGEMENT NOTWITHSTANDING THE VERDICT

The plaintiff in the above-captioned case respectfully moves this Honorable Court to dismiss the verdict in this civil action and begin anew, because this plaintiff did not receive a fair trial. Moreover, should be granted a new trial because of the following:

1. Numerical division note given to the Judge after the court cautioned not to. This action could have caused someone to agree to something that they did not want to do. I move this court for a mistrial in this action. *They asked the court what to do.*

2. Subsequent note of apology from Jury Foreperson to the court.

3. Plaintiff has been denied her rights under the Fourteenth Amendment to the Constitution of the United States of America. Proceedings of this trial were held while plaintiff was in the court, just not in the courtroom. Should plaintiff following the rules of the court on having cell phones, not be part of all of the proceedings of his trial.

4. Ineffective legal counsel. Attorney never objected when defendant's witness testified to the wrong body part injury. Attorney failed to object to inflammatory statements made by the defendant's attorney. In particular, defendant's attorney stated a fact that was not a fact in this case when he said plaintiff's action was a scam, and a waste of the courts time. This was no scam, the defendant KFC Corporation, through stipulation, took full responsibility for plaintiff's injuries, where was the scam. An amount of money was told to the jury that this plaintiff supposedly asked for in this matter, there was no evidence presented in trial that would have supported this untrue fact. These actions were prejudicial to this case. Failure to file Appeal on Plaintiff's 14th Amendment rights.

5. Evidence in this case not reviewed by the jurors. With over 4 hours of video taped testimony, and evidence in book form, this jury did not deliberate on the evidence. Given the time from charging the jury to jury returning to the courtroom, there was certainly not enough time for any deliberations. Some evidence in this case was left in the courtroom until after the trial. Since a document in the evidence presented by this plaintiff, refuted the evidence presented by the defendant's witness, it should have been included in jury deliberation.

6. Jury selection process at this courthouse should be challenged, as it ensures that people in a protected class will never have a jury of their peers. The trial of two men in 2005, accused of murder, brought attention to the inadequate procedures of this trial court, why would this plaintiff be any different, or rather, does being accused of a murder give one more rights than that a older person that has a serious fall on the grounds of a corporate entity. Should this plaintiff be treated differently or should they both have equal standing in the eyes of the court. There is a problem with the jury system in the way juries for this particular court just happen to be all white. This was a prima facie case of a violation of the equal protection clauses for the federal and state constitutions. *14th Amendment violation*

*6A: No Evidence of Discrepencies as outlined in Jury Charge*

The evidence in this case from both sides does not support the jury's verdict and I respectfully ask this Honorable court to grant this plaintiff, a judgment notwithstanding the verdict. *or. New Trial ~*

Respectfully submitted,

*[signature] Gloria Brown 8/17/07*

Gloria Brown
Pro Se litigant
80 Seminole Street
Hyde Park, MA  02126