UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 SEP -5 P 2: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

Gloria Brown
    Plaintiff,

v.

Yum Brands, KFC Corporation
    Defendant

CIVIL ACTION NO.
05-11167-MBB

Plaintiff's Motion To
Overturn Judgment,
Remove and Remand Back
To State Court

### AMENDED

The plaintiff in the above-captioned civil action respectfully moves this Honorable Court to Overturn the Judgment, remove this case and Remand Back to State Court. The request before this court is entered on the grounds that there have been violations of Plaintiff's 14th Amendment Rights; and

1.    Plaintiff sustained severe injuries while on defendants KFC's property on June 21, 2002 and as a direct and proximate result of the negligence and carelessness of the defendants, the plaintiff was caused to suffer personal injuries and other damages. This case was filed in Suffolk Superior Court, Docket No. 05-1983-E on May 17, 2005, Defendant served under U.S. Code, Title 47, at his address of record, CT Corporation Systems, Boston, MA. Jurisdiction between citizens of the same state.

2.    The move of this civil case from the proper venue, State Court, to this District Court was not only illegally done it was done to intentional inflict emotional harm upon plaintiff and to deny this plaintiff due process and equal protection of the laws. This case should not have been in this court as the District Court lacks subject matter jurisdiction, as this action does not involve a federal question of law. 1446 (a)

3.    28 U.S. Code 1447 (c) provides, if at any time before final judgment it appears that the District Court lacks subject matter jurisdiction, the case shall be remanded. It would appear that the court lacked subject matter jurisdiction. Plaintiff has rights under the 14th Amendment that include *due process* and *equal protection under the law* which she has not received.

Plaintiff wants this judgment overturned, this case removed from the District Court and Remanded back to State Court.

Respectfully submitted,

*Gloria Brown*
Gloria Brown
Pro Se
80 Seminole Street
Hyde Park, MA 02126