UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>      Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION<br>)   NO. 05-CV-11167-MBB<br>) |
| KFC CORPORATION,<br>      Defendant | )<br>) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
TO OVERTURN VERDICT REMOVE AND REMAND
BACK TO STATE COURT**

Defendant KFC Corporation, by its attorneys, hereby opposes Plaintiff's Motion to Overturn Verdict Remove and Remand Back to State Court. Defendant's Opposition is as follows:

1.  As with plaintiff's other serial post-trial filings, there is absolutely no basis whatsoever to Plaintiff's Motion to Overturn Verdict Remove and Remand Back to State Court. The fact that CT Corporation in Boston, Massachusetts is the registered agent for service of process for defendant KFC Corporation in Massachusetts is of absolutely no bearing on the issue of whether diversity jurisdiction existed in this action.

2.  Defendant KFC Corporation is a corporation formed under the laws of Delaware, and it has a principal place of business in Louisville, Kentucky. Plaintiff is a resident of the Commonwealth of Massachusetts. Accordingly, this court's exercise of diversity jurisdiction in this action was at all times proper.

WHEREFORE, defendant KFC Corporation respectfully requests that this Court deny Plaintiff's Motion to Overturn Verdict Remove and Remand Back to State Court.

>Respectfully submitted,
>
>Defendant,
>By its Attorneys,
>
>
> /s/ Lawrence R. Holland
>Lawrence R. Holland, Esq.
>BBO# 554839
>Legal Management Services, LLC
>55 Hammarlund Way
>Middletown, RI 02842
>(401) 843-8400

Dated: September 14, 2006

## CERTIFICATE OF SERVICE

I, Lawrence R. Holland, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic filing of the foregoing Motion and will receive service in that fashion.

                                        /s/ Lawrence R. Holland
                                        Lawrence R. Holland