UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>    Plaintiff | )<br>)<br>) |
| v. | )  CIVIL ACTION<br>)  NO. 05-CV-11167-MBB<br>) |
| KFC CORPORATION,<br>    Defendant | )<br>) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S AMENDED
MOTION TO OVERTURN VERDICT REMOVE AND
REMAND BACK TO STATE COURT**

Defendant KFC Corporation, by its attorneys, hereby opposes Plaintiff's Amended Motion to Overturn Verdict Remove and Remand Back to State Court. In support of this Opposition, defendant relies on its Opposition to Plaintiff's original Motion to Overturn Verdict Remove and Remand Back to State Court which defendant filed on September 14, 2007 (Document 95).

                    Respectfully submitted,

                    Defendant,
                    By its Attorneys,


                    /s/ Lawrence R. Holland
                    Lawrence R. Holland, Esq.
                    BBO# 554839
                    Legal Management Services, LLC
                    55 Hammarlund Way
                    Middletown, RI 02842
                    (401) 843-8400

Dated: September 19, 2007

2

## CERTIFICATE OF SERVICE

I, Lawrence R. Holland, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic filing of the foregoing Opposition and will receive service in that fashion.

/s/ Lawrence R. Holland
Lawrence R. Holland

2