UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 SEP 19 P 3: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

Gloria Brown
    Plaintiff,
v.

CIVIL ACTION NO.
05-11167-MBB

KFC Corporation
    Defendant.

## MOTION TO REDACT OR REMOVE INFORMATION IN THE PACER SYSTEM

The plaintiff in the Civil Action listed above requests this court to redact or remove sensitive, identifying, information entered into the pacer system without her knowledge, This information has been placed in the Pacer System in violation of the Privacy Act of 1974 (U.S. Code 5), and the Social Security Number Privacy Act of 2004.

As it is the opinion that this information was placed in the court records without regard to plaintiff's privacy or plaintiff as a person, and done so maliciously, plaintiff will contact all involved to ensure that this act does not continue.

It is plaintiff's contention that, since the court is now the keeper of the records placed therein, I would ask that the court make every effort to assist this plaintiff in preserving what is left of her identity.

Respectfully submitted,

*(signature)*

Gloria Brown, Pro Se Litigant
80 Seminole Street
Hyde Park, MA 02136
617-233-5465

## CERTIFICATE OF SERVICE

I, Gloria Brown, Pro Se Litigant, hereby certify that on September 18, 2007, served this document by U. S. Mail to KFC Corporation and their counsel of record, L. Holland, Legal Management Services, LLC, 55 Hammarlund Way, Middletown, R.I. 02842.