UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 SEP 24 P 1:47

U.S. DISTRICT COURT
DISTRICT OF MASS.

GLORIA BROWN
Plaintiff,

CIVIL ACTION
05-11167-MBB

KFC CORPORATION
Defendant

**PLAINTIFF'S DENIAL TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO OVERTURN VERDICT REMOVE AND REMAND BACK TO STATE COURT**

Plaintiff in the above captioned Civil Action submits against defendant's motion to deny plaintiff's motion for Remove, Remand and Vacate the case in this District Court. In response to KFC Corporation's denial of this motion, plaintiff states the following:

1. Plaintiff in this matter would remind KFC and their defense attorney, that this plaintiff has rights and until the District Court prohibits her from defending herself, she will file what she pleases where she deems fit. As the date of KFC's motion is September 14, 2006, plaintiff is unsure if this motion is meant for her or her former counsel. Thou shall not call names!

As previously stated in plaintiff's motion to Overturn, Remove and Remand, those statements have not changed.

The plaintiff in this matter moves this court to deny KFC's opposition to plaintiff's motion.

Respectfully submitted,

Gloria Brown
Pro Se Litigant
80 Seminole Street
Hyde Park, MA 02126

September 21, 2007

CERTIFICATE OF SERVICE

I, Gloria Brown, Pro Se Litigant, hereby certify that on September 22, 2007, served this document by U.S. Mail to KFC's counsel, L. Holland, Legal Management Services LLC, 55 Hammarlund Way, Middletown, RI 02842.