UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gloria Brown
    Plaintiff,
v.

FILED
IN CLERKS OFFICE
2007 SEP 24  P 1:47
CIVIL ACTION NO.
05-11167-MBB
U.S. DISTRICT COURT
DISTRICT OF MASS.

KFC Corporation
    Defendant.

## MOTION TO REDACT OR REMOVE
### MINOR'S SENSATIVE INFORMATION IN THE PACER SYSTEM

The plaintiff in the Civil Action listed above requests this court to redact or remove sensitive, identifying, information entered into the Pacer System, without her legal guardian's knowledge in violation of the Privacy Act of 1974 (U.S. Code 5 ) and in violation of the **Children's On-line Privacy Protection Act of 1998** and the laws of decency.

This information, placed in the court records without regard to a minor child's privacy in this day and age is despicable.

It is plaintiff's contention that, since the court is now the keeper of the records placed therein, I would ask that the court make every effort to assist this plaintiff in preserving what is left of a child's privacy by redacting or removing information entered in violation of the law. Plaintiff, with permission from the court, will redact this information.

Respectfully submitted,

Gloria Brown, Pro Se Litigant
80 Seminole Street
Hyde Park, MA 02136
617-233-5465