UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>     Plaintiff | )<br>)<br>) |
| v. | )    CIVIL ACTION<br>)    NO. 05-CV-11167-MBB<br>) |
| KFC CORPORATION,<br>     Defendant | )<br>)<br>) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S SECOND
AMENDED MOTION TO VACATE JUDGMENT REMOVE
AND REMAND BACK TO STATE COURT**

Defendant KFC Corporation, by its attorneys, hereby opposes Plaintiff's Second Amended Motion to Vacate Judgment Remove and Remand Back to State Court. In support of this Opposition, defendant relies on its Opposition to Plaintiff's original Motion to Overturn Verdict Remove and Remand Back to State Court which defendant filed on September 14, 2007 (Document 95).

Further, with respect to the assertions in paragraph 7 of Plaintiff's Second Amended Motion, defendant states that there was nothing improper about any of its pre-trial filings in this case, and in any event, those filings have absolutely no bearing on the post-trial proceedings currently before the Court.

WHEREFORE, for the above stated reasons as well as those set forth in Defendant's Opposition to Plaintiff's original Motion to Overturn Verdict Remove and

Remand Back to State Court, plaintiff's Motion should be denied.

Respectfully submitted,

Defendant,
By its Attorneys,


 /s/ Lawrence R. Holland
Lawrence R. Holland, Esq.
BBO# 554839
Legal Management Services, LLC
55 Hammarlund Way
Middletown, RI 02842
(401) 843-8400

Dated: September 26, 2007

## CERTIFICATE OF SERVICE

    I, Lawrence R. Holland, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic filing of the foregoing Opposition and will receive service in that fashion.

                                                 /s/ Lawrence R. Holland
                                                 Lawrence R. Holland