UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 OCT -4 P 3: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

Gloria Brown
    Plaintiff

    v.

CIVIL ACTION:
05-11167-MBB

KFC Corporation
    Defendant

## PLAINTIFF'S REQUEST FOR NEW TRIAL

Plaintiff in the above captioned civil action is requesting this Honorable Court to grant her a new trial based on the following:

1. Violation of plaintiff's 1st Amendment Right to Freedom of Speech.
2. Violation of plaintiff's 14th Amendment Right to Due Process.
3. Failure to name all defendants in this action F.R. Civil Procedure 19
4. Plaintiff's former attorney's silence in not notifying the court that plaintiff's sworn deposition had been altered. All harassing, oppressing and cruel statements and discussions have been removed (Exhibit 1).
5. Violation of plaintiff's 6th Amendment Right.
6. False evidence admitted in testimony of Dr. Feldmann allowed to stand without challenge.
7. Former Attorney of Record not present in court when the jury came in with questions.  He stated to plaintiff that there was some issue.
8. Intentional, negligent misleading statements in closing argument by defense.

9.  Fraud Upon The Court.  Document 43 and Document 45 were created by the defense with reckless indifference to the truth and used to petition the court to act on false statements. Documents from the deposition relating to any questions asked of this plaintiff regarding Social Security Administration involvement ( Exhibit 2, page 24, 25,  26, 27, 28 & 29) are included with this motion.

10. Plaintiff under Federal Rule of Civil Procedure 60 (b) (4), again states that this court lacks jurisdiction.

Plaintiff in this action knows that the attorney for KFC deliberately, negligently and maliciously deceived the court and created facts to fit a need and then, used these fabricated documents to harm this plaintiff and to interfere with the impartiality of the court.

This plaintiff finds herself in the middle of a legal nightmare, an attorney on one side that is dishonest and deceitful in his motions before the court, and an attorney by his continued silence, allows this to happen.

This Plaintiff prays that this Honorable court not continue to take under advisement motion's from both these attorneys and to strike both the plaintiff's former attorney and the defendant' s motions for and against the plaintiff having a new trial. That the court allow her to amend her complaint to include the additional defendants, seal documents 43 and 45 from public view as they were intentionally and negligently placed before this court to harm this plaintiff, grant her a new trial or judgment as a matter of law on the merits of this case and against a attorney that would, under color of law, commit an extrinsic fraud as an alternative to the truth.  Plaintiff prays that this court will consider her motion to vacate, remove and remand.

Since this plaintiff is without counsel, not anything that I have said or will say in my own behalf should be attributed to my former attorney as he is removed from this case officially on August 17, 2007 by his own deed.

Respectfully submitted,

Gloria Brown, Pro Se Litigant
80 Seminole Street
Hyde Park, MA 02126
617-233-5465

October 3, 2007

## CERTIFICATE OF SERVICE

I, Gloria Brown, Pro Se Litigant, delivered this document to the District Court October 4, 2007 to be placed electronically in the Pacer System as a part of Civil Action 05-11167.

*Exhibit 1.*

*Page 1 of 2.*

Sign Out    Go

New ▾ | ✕ Delete | Junk | Find | Put in Folder ▾ | Mark As Unread

« | 📎

**8% of 1024MB**

Folders

Junk E-Mail (1)
Drafts

**jlewis**

|  | From | Subject | Date | Size |
|---|---|---|---|---|
| ☐ | | (none) | Aug 11 | 2KB |
| ☐ | | (none) | Aug 10 | 1KB |
| ☐ | | Errata Sheet | Nov 30 | 2KB |
| ☐ | | | Apr 1 | 10KB |
| ☐ | | | Mar 6 | 3KB |
| ☐ | | | Mar 5 | 4KB |
| ☐ | | | Dec 26 | 12KB |

**7 Message(s)**

Gloria Brown                                                        05/11/06

25

1      A.   Yes.

2          Q.   And when did you make that claim?

3      A.   2003, I think.

4          Q.   Why isn't that in your interrogatory?  Do you

5      understand the nature --

6      A.   I didn't understand.

7          Q.   You didn't understand that interrogatory asked

8      you for --

9      A.   I didn't understand.

10         Q.   Let me read it.

11     A.   You already read it to me.  I understand it

12     now.  I didn't understand it.

13         Q.   You didn't understand that the phrase or the

14     question, have you made any claim for or been paid

15     disability benefits as a result of the incident alleged

16     in the complaint would encompass the claim you made to

17     the Social Security Administration?

18     A.   I didn't understand that.

19         Q.   You didn't understand that?

20     A.   No.

21         Q.   Let me make sure I got it.  Do you know how

22     the claim resolved?

23     A.   I received social security.

24         Q.   You're receiving social security disability?

Gloria Brown                                              05/11/06

26
1       A.    I most certainly am.

2       **Q.    When did you start receiving those?**

3       A.    2003.

4            Excuse me, every time you shake your

5    head and make a face -- you know, this is not a joke to

6    me.  It's not a joke to me.  It's not a joke.

7       **Q.    I don't have to explain myself.**

8       A.    You don't have to make a face.  I worked 45

9    years out of my life and I'm entitled to my social

10   security.

11      **Q.    I'm not here to listen to your speeches, ma'am**

12   **I'm here to --**

13           MR. MEHL:  Don't badger her.

14           MR. HOLLAND:  I'm not badgering her.  Just

15      control your client.  Let's take a break control so

16      you can control your client.

17           MR. MEHL:  Don't point your finger at me?

18           THE WITNESS:  Oh, my goodness.

19           MR. HOLLAND:  You're the one that came over

20      the table pointing your finger.  I'm asking you to

21      control your client.

22           MR. MEHL:  And you're badgering her.

23           MR. HOLLAND:  I'm going to ask you again,

24      please control your client.

Gloria Brown                                          05/11/06

27
1                        (Short Recess)

2    BY MR. HOLLAND:

3        Q.    You began receiving disability payments from

4    the Social Security Administration in 2003; is that

5    correct?

6        A.    I think it was.

7        Q.    Do you have any documents concerning those

8    payments?

9        A.    No, just my forms, no, no letters.

10       Q.    Any documents concerning the payments, ma'am?

11   Do you have forms concerning the payments?

12       A.    I have end-of-year statements showing you what

13   I got from social security.

14       Q.    Do you have copies of the application?

15       A.    No.

16       Q.    Did you see a doctor in connection with the --

17       A.    No.

18       Q.    Ma'am, I need you to let me finish the

19   question, please.

20             Did you see any doctors in connection

21   with the Social Security Administration claim?

22       A.    No.

23       Q.    Did any doctors submit documents on your

24   behalf to the Social Security Administration?

Gloria Brown                                            05/11/06

                                                                28
1          A.    You would have to ask the Social Security

2     Administration.    They did that.    I don't know.

3          Q.    Did any attorneys help you with the claim?

4          A.    No.

5          Q.    You did it on your own?  Did anybody assist

6     you making the claim?

7          A.    I can't remember who helped me.

8          Q.    Are you still receiving the payments?

9          A.    Yes.

10         Q.    How much are the payments?

11         A.    I don't remember.

12         Q.    When was last time you received a payment?

13         A.    First of the month.

14         Q.    You don't remember --

15         A.    End of the month, I'm sorry.

16         Q.    End of last month?

17         A.    Mm-hmm.

18         Q.    You have no idea what the payment was?

19         A.    No.

20         Q.    You can't approximate it for me?

21         A.    Mm-hmm.

22         Q.    Can you?

23         A.    $1,300.

24         Q.    Have you ever made any other claims to the

Gloria Brown                                    05/11/06

```
                                                    29
 1   Social Security Administration for disability payments?

 2        A.   No.

 3        Q.   Have you ever filed any other lawsuits other

 4   than this one and the lawsuit against ████████████

 5   identified in your interrogatories answers?

 6        A.   As far as I know, no -- oh, I'm sorry.  I was

 7   hit in a head-on car accident.  I don't know if they

 8   called that a lawsuit, but maybe the attorneys filed it.

 9             I never filed a lawsuit.  I was hit in a

10   head-on car accident.
```