**JOHN N. LEWIS & ASSOCIATES**
Attorneys at Law
**76 Chestnut Street**
**Newton, MA 02465**
Telephone (617) 244-0939
Facsimile (617) 332-1658
e-mail: jlewis4284@aol.com

December 10, 2007

Civil Clerk's Office
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   Gloria Brown
Vs:   Yum! Brands, Inc. and Lujon II LLC
No.:  05-CV-11167-MBB (USDC MA)

Dear Sir or Madam:

    Enclosed please find a notice of change of address and telephone number for the Plaintiff's attorneys John N. Lewis, Lawrence R. Mehl and John J. Lewis and Associates in the above action.

Very truly yours,

JOHN N. LEWIS & ASSOCIATES

John N. Lewis

JNL/jl
enc.
cc: Lawrence R. Holland, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GLORIA BROWN, )
    Plaintiff )
  )
v. ) CIVIL ACTION
  ) NO. 05-CV-11167-MBB
YUM! BRANDS, INC., et al. )
    Defendant )

### NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBER

To:   Civil Clerk's Office
       United States District Court
       John Joseph Moakley U.S. Courthouse
       One Courthouse Way
       Boston, MA 02210

      Please take notice that the Plaintiff's attorneys, John N. Lewis and Lawrence R. Mehl, and the law firm of John N. Lewis & Associates, have relocated and that their new address and telephone number is:

**76 Chestnut Street, 1st Floor**
**Newton, MA 02465**
**(617) 244-0939**

John N. Lewis
BBO# 298520
Lawrence R. Mehl
BBO# 566235
JOHN N. LEWIS & ASSOCIATES
76 Chestnut Street, 1st Floor
Newton, MA 02465
(617) 244-0939

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on the attorney of record for each party and on each party appearing pro se by mail/hand on