UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>    Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION<br>)   NO. 05-CV-11167-MBB<br>) |
| KFC CORPORATION,<br>    Defendant | )<br>)<br>) |

### NOTICE OF CHANGE OF ATTORNEY INFORMATION

Defendant, KFC Corporation, hereby submits the following change of attorney information:

1.    The address for Lawrence R. Holland has been changed to: 300 Centerville Road, Suite 304S, Warwick, RI 02886, phone: (401) 843-8400, facsimile: (401) 843-8401, email: lholland@legalmgt.com.

                                        Defendant,
                                        By its Attorneys,


                                        /s/ Lawrence R. Holland
                                        Lawrence R. Holland, Esq.
                                        BBO# 554839
                                        Legal Management Services, LLC
                                        55 Hammarlund Way
                                        Middletown, RI 02842
                                        (401) 843-8400

Dated: February 6, 2008

## CERTIFICATE OF SERVICE

I, Lawrence R. Holland, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic filing of the foregoing Notice of Change of Attorney Information and will receive service in that fashion.

/s/ Lawrence R. Holland
Lawrence R. Holland