UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

GLORIA BROWN
    Plaintiff,

CIVIL ACTION: 05-CV-11167 (MBB)

V.

KFC CORPORATION
    Defendant.

## PLAINTIFF'S MOTION TO PROCEED PRO SE

With this motion, plaintiff in the above titled civil action, places with this court a Memorandum of Law in support of Remand. As this motion and other motions before the court by this plaintiff go unnoticed, plaintiff does not know if it is because I have not asked officially, to represent myself in this action.

As it has been three months since the court took under advisement the matter of plaintiff being granted a mistrial and awaits decision on a new trial, plaintiff, by this motion, requests permission to proceed pro se, as plaintiff's former attorney is no longer a party to this action, effective August 17, 2007.

Plaintiff also request assistance again, in redacting personal information in Document 45.

Respectfully submitted,

*[signature]*

Gloria Brown, Pro Se
80 Seminole Street
Hyde Park, MA 02136
617-233-5465

~~December 27, 2007~~  4-2-08

Certificate of Service

I, Gloria Brown, certify that this document has been sent certified mail to KFC's attorney, Lawrence Holland, 55 Hammarlund Way, Middletown, RI 02842 on December 27, 2007.