UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GLORIA BROWN, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO.  05-CV-11167-MBB |
| | ) | |
| KFC CORPORATION, | ) | |
|     Defendant | ) | |

## PETITION TO ESTABLISH ATTORNEY'S LIEN (G.L. c. 221, § 50)

Now comes John N. Lewis d/b/a John N. Lewis & Associates and, pursuant to

Massachusetts General Laws, c. 231 § 50, hereby respectfully petitions this Honorable Court to

establish an attorney's lien in the amount of $38,500.00, one-third of the judgment of 115,501.00

in the above-captioned action, or such other amount as this Honorable Court Determines to be

reasonable compensation for the legal services received by the plaintiff, together with

proportionate interest on the judgment at the statutory rate and costs advanced in the amount of

$7,758.74, as itemized on the attached accounting, as provided for by the Contingent Fee

Agreement entered into by the plaintiff with John N. Lewis & Associates, attached hereto, and

incorporated by reference herein.

In consideration of the "deterioration" of the relationship between the plaintiff and her

attorneys, as recognized by this Honorable Court in its allowance of plaintiff's counsel to

withdraw, counsel further respectfully requests that the defendant be ordered to issue a separate

check in the amount of any lien established directly from the amount due to the plaintiff, payable

to "John N. Lewis & Associates, Attorneys for Gloria Brown," and mailed to counsel's office.

WHEREFORE, John N. Lewis petitions this Honorable Court to establish an attorney's lien in the amount of $38,500.00, one-third of the judgment of 115,501.00 in the above-captioned action, or such other amount as this Honorable Court Determines to be reasonable compensation for the legal services received by the plaintiff, together with proportionate interest on the judgment at the statutory rate and costs advanced in the amount of $7,758.74, as itemized on the attached accounting, as provided for by the Contingent Fee Agreement, and that the defendant be ordered to issue a separate check in the amount of any lien established directly from the amount due to the plaintiff, payable to "John N. Lewis & Associates, Attorneys for Gloria Brown," and mailed to counsel's office.

        _/s/ John N. Lewis_
        John N. Lewis
        BBO# 298520
        Lawrence Mehl, of Counsel
        BBO# 566235
        JOHN N. LEWIS & ASSOCIATES
        76 Chestnut Street, 1st Floor
        Newton, MA 02465

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 13, 2008

        _/s/ John N. Lewis_
        John N. Lewis

# CONTINGENT FEE AGREEMENT

[ ] Original
[ ] Duplicate

### [TO BE EXECUTED IN DUPLICATE]

The Client, **Gloria Brown**, retains the law firm of John N. Lewis & Associates ("the Firm"), 21 Merchant's Row, 5th Floor, Boston, MA 02109 to perform the legal services mentioned in paragraph (1) below. The Firm agrees to perform them faithfully and with due diligence.

**(1)**    The claim, controversy, and other matters with reference to which the services are to be performed are:

      **Fall in parking lot of Kentucky Fried Chicken.**

**(2)**    The contingency upon which compensation is to be paid is the recovery of any sums, whether by settlement or by litigation.

**(3)**    The Client is not liable to pay compensation otherwise than from amounts collected by the Firm, except that the Firm shall be entitled to the reasonable value of its services to the Client in the event of any recovery by any other Attorney or Law Firm on the Client's behalf.

**(4)**    Reasonable compensation on the foregoing contingency is to be paid by the Client to the Attorney, but such compensation (including that of any associated counsel) is not to exceed the following maximum percentages of the gross recovery:

      **33 1/3%** of any and all sums recovered whether by settlement or suit.

      **40%** of any and all sums recovered in the event of an appeal or retrial.

**(5)**    In addition to the fee for professional services set forth in Paragraph 4 above, the client shall reimburse the firm for all disbursements and costs from any sums recovered.

This agreement and its performance are subject to Rule 3:14 of the Supreme Judicial Court of Massachusetts.

Dated:  August 9, 2002

Client:

_Gloria Brown_
Gloria Brown

Attorney,
JOHN N. LEWIS & ASSOCIATES:

BY:    _John N. Lewis_
John N. Lewis

## Brown v. KFC Expenses
### 4/8/01 Through 6/13/08 (Accrual Basis)

6/13/08                                                                                                          Page 1

| Cat/Sub | Date | Num | Description | Memo | Amount |
|---|---|---|---|---|---|
| EXPENSES | | | | | |
| CostAdv | | | | | |
| | 7/21/03 | 1559 | Eppley Court Reporting | Inv. # 5004, Depo. G. Brown | -321.45 |
| | 12/12... | 1610 | Boston University Orthopa... | Gloria Brown / Medical records | -25.00 |
| | 2/3/04 | 1639 | Clerk - Suffolk Superior Co... | Anniversary fee 02-03190-E | -120.00 |
| | 8/22/05 | 1932 | Legal Express | Inv. No. 50695 | -46.65 |
| | 9/16/05 | 1951 | Clerk - Appeals Court | Appeal Entry Fee | -300.00 |
| | 10/5/05 | 1959 | Jeffrey D. Woolf, Esq. | Legal Research | -64.04 |
| | 2/15/06 | 2022 | Roscoe, Bedugnis & Asso... | Ref. Job. 9848, 9849 | -86.00 |
| | 4/4/06 | 2047 | Melvin Lipman | [G.Brown] Inv. No. 102330 | -293.00 |
| | 7/20/06 | 2088 | Legalink Boston | Sharyon Brown Inv. No. 12023324 | -276.00 |
| | 9/18/06 | 2105 | Clerk - Supreme Judicial C... | FAR filing fee | -270.00 |
| | 11/20... | 2125 | Timothy E. Foster, M.D. | 1/2 Hr. Meeting 12/7 & 2 Hr. Depo. 1... | -3,250.00 |
| | 12/26... | 2143 | Legalink Boston | Gloria Brown Inv. No. 12022719 | -513.00 |
| | 1/16/07 | 2157 | VALED Video Services | Inv. No. 3377 Video Depo. Dr. Foster | -467.60 |
| | 1/16/07 | 2158 | Melvin Lipman | Inv. No. 102049 Depo. of Dr. Foster | -370.00 |
| | 2/23/07 | 2174 | JAMS | Mediation Fee | -925.00 |
| | 4/3/07 | 2189 | Roscoe, Bedugnis & Asso... | Ref. Job. No. 17388 Service on Victo... | -137.00 |
| | 5/25/07 | 2200 | Polaris Healthcare Services | Copies of Medical Bills for Gloria Bro... | -15.00 |
| | 9/4/07 | 2232 | William White Legal Video... | Brown v. KFC Corp. Inv. No. 143 | -75.00 |
| | 9/4/07 | 2233 | Allied Court Reporters, Inc. | Brown v. KFC Corp. Inv. No. 27861 | -204.00 |
| TOTAL CostAdv | | | | | -7,758.74 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL EXPENSES | | | | | -7,758.74 |
| OVERALL TOTAL | | | | | -7,758.74 |