UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLORIA BROWN,<br>    Plaintiff | )<br>)<br>) |
| v. | )  CIVIL ACTION<br>)  NO. 05-CV-11167-MBB<br>) |
| KFC CORPORATION,<br>    Defendant | )<br>) |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST
### FOR RELIEF FROM JUDGMENT

Defendant KFC Corporation, by its attorneys, hereby opposes Plaintiff's Motion for Relief from Judgment. In support of this Opposition, defendant relies on the Oppositions that defendant has previously filed to plaintiff's serial Post-Trial Motions.

Defendant requests that this Court admonish plaintiff that further post-trial Motions that continue to reiterate the same grounds that this Court has previously found to lack any merit will result in the imposition of sanctions against plaintiff. Defendant fully understands that plaintiff is pro se, but she continues to make unfounded and improper allegations against defendant and its counsel in serial Post-Trial Motions. Further, defendant has recently learned that plaintiff has filed a civil action against defendant and its counsel in Suffolk Superior Court. Neither defendant nor its counsel has yet been served with the Complaint, however. In any event, it is time for the post-trial proceedings in this Court to come to an end and for plaintiff to pursue her proper avenue of further post-trial proceedings in the First Circuit if that's what she intends to do.

WHEREFORE, for the above stated reasons as well as those set forth in the Oppositions that Defendant has previously filed to Plaintiff's Post-Trial Motions, Plaintiff's instant Motion should be denied.

>Respectfully submitted,
>
>Defendant,
>By its Attorneys,
>
>/s/ Lawrence R. Holland
>Lawrence R. Holland, Esq.
>BBO# 554839
>Legal Management Services, LLC
>55 Hammarlund Way
>Middletown, RI 02842
>(401) 843-8400

Dated: July 2, 2008

## CERTIFICATE OF SERVICE

I, Lawrence R. Holland, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic filing of the foregoing Opposition and will receive service in that fashion. I further certify that on July 2, 2008, I served plaintiff Gloria Brown with a copy of this Motion by first class mail, postage prepaid, to her address of record: 80 Seminole Street, Hyde Park, MA 02136.

/s/ Lawrence R. Holland
Lawrence R. Holland