UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

GLORIA BROWN
    Plaintiff,

Civil Action: 05-11167 MBB

KFC CORPORATION
    Defendant.

### PLAINTIFF'S DENIAL OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST FOR RELIEF FROM JUDGMENT

As defendant fails to address plaintiff's concerns with regard to defendant's attorney committing fraud upon the court by first tampering with evidence, fabricating evidence and presenting for a subpoena that he was plaintiff's attorney to gain an advantage, and having the court issue a subpoena for plaintiff's social security information and then placing the information on the internet to cause harm and committing perjury by stating in a motion before the court that plaintiff disclosed certain information, that she, of course didn't, defendant's counsel should focus on the facts.

Further, plaintiff states again, this court lacks jurisdiction over the events pertaining to Gloria Brown and KFC, and accordingly, coupled with the perjury committed in this action, this case and the judgment of the jury on August 9, 2007 is void.

-1-

This issue again is, plaintiff's First Amendment Right was violated when defendant's attorney altered plaintiff's deposition, which was tampering with evidence, fabricated, perjured evidence that was placed before the court which the court acted upon while lacking jurisdiction, which is a violation under FRCP 1983, specifically the Fourteenth Amendment Clauses of Due Process and Equal Protection.

As far as the court not finding any merit in plaintiff's acquisitions, perhaps the court would rather protect defendant's attorney by not addressing plaintiff's concerns as outlined in her motions. Plaintiff will await the court's admonishment for her placing truthful motions before the court. As this plaintiff has not altered any documents with notations of 88.1 on them nor has she altered document entry information associated with this case, and has only pursued a legal avenue for redress, plaintiff is not hiding and would gladly present for a public hearing on the sanctions you threaten. My address is so noted on this motion. Stick to the facts and stop name calling, as I said in September of 2007, you could also become a serial filer. Be as professional as you were **when you tampered with and fabricated evidence** used against me.

WHEREFORE, for the above stated reasons as well as those set forth in the plaintiff's Reconsideration Motion filed with the court on June 16, 2008, the defendant's instant Motion (Defendant's Opposition to Plaintiff's request for relief from judgment) should be denied.

Respectfully submitted,

Gloria Brown, Pro Se
80 Seminole Street
Hyde Park, MA  02136

July 7, 2008

**CERTIFICATE OF SERVICE**
I, Gloria Brown certify that I served defendant KFC and their attorney of record, Lawrence R. Holland, Legal Management Services, LLC, 55 Hammarlund Way, Middletown, RI 02842, with copies of this motion by service of process and first class mail.

-3-